Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

Eastern Division

```
FILED
CLERK, U.S. DISTRICT COURT
10/15/2024
CENTRAL DISTRICT OF CALIFORNIA
BY        AP        DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

Christopher Hernandez
139 E. Tamarisk Rd P3
Palm Springs, CA 92262
Christopher.Hernandezrda@gmail.com

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

–v–

N/S

Einar Osterhaug
947 Mountain Ln
Edmonds, WA 98020

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 5:24-cv-02222-DDP(SK)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Hernandez |
| Street Address | 139 E. Tamarisk Rd P3 |
| City and County | Palm Springs, Riverside |
| State and Zip Code | Calfironia, 92262 |
| Telephone Number | 4424206641 |
| E-mail Address | Christopher.Hernandezrda@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Einar Osterhaug |
| Job or Title *(if known)* | |
| Street Address | 947 Mountain Ln |
| City and County | Edmonds, Snohomish |
| State and Zip Code | Washington, 98020 |
| Telephone Number | 425 339-6300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* Christopher Hernandez , is a citizen of the State of *(name)* California .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* Einar Osterhaug , is a citizen of the State of *(name)* Washington . Or is a citizen of *(foreign nation)* _____ .

2.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

---

III.    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*    05/05/2022    , at *(place)*    Edmonds, Washington                                   ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
a result of his actions as Emotional Distress and Psychological Trauma as harassment and stalking in combination with the theft of my stolen driver's license. Loss of restitution and legal compensation with interference with domestic violence restitution, interference with Civil Legal Restitution, professional and financial harm as obstruction of legal proceedings and loss of employment opportunities. Fear of my personal safety and well being with numerous threats to run me over. Identity theft and legal vulnerability as theft of driver's license.

---

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Compensatory damages for emotional distress and psychological trauama. Loss of restitution and legal compensation. For professional and financial harm. Punitive damages for malicious conduct, injunctive relief to cease and desist from harassment and stalking, to prevent further interference with legal proceedings. Restitution for stolen property, attorney fees and court costs for legal representation. Additional relief for future therapy and medical expenses.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            10/04/2024

Signature of Plaintiff        Christopher Herrnandez

Printed Name of Plaintiff     *Christopher Hernandez*

**B.      For Attorneys**

Date of signing:

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

United States District Court

Eastern District of California, Riverside Eastern Division

Civil Action No. [to be filled by the court]


Plaintiff:

Christopher Anthony Hernandez, an individual


Defendant:


Einar Osterhaug, an individual


COMPLAINT FOR VIOLATIONS OF FEDERAL LAWS UNDER DIVERSITY JURISDICTION


I. Introduction


1.    This civil complaint is filed by Plaintiff Christopher Anthony Hernandez against Defendant Einar Osterhaug for violations of federal laws, including obstruction of justice, conspiracy, aiding and abetting, contempt of court, and violations of Plaintiff's civil and crime victim rights, under diversity jurisdiction.


II. Jurisdiction and Venue


2.    This Court has jurisdiction over this action under 28 U.S.C. § 1332 (diversity jurisdiction), as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states or countries.


3.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the events giving rise to this claim occurred within the jurisdiction of this Court, and Defendant resides or conducts activities in this District.

III. Parties

4.      Plaintiff Christopher Anthony Hernandez is a resident of Palm Springs,
California, and a non-binary gay Black LGBTQ+ person, protected under federal law as a
domestic violence survivor and individual with a disability.

5.      Defendant Einar Osterhaug is an individual believed to reside outside the state of
California, establishing diversity between the parties.

IV. Facts

6.      Defendant Einar Osterhaug has intentionally interfered with court proceedings by
obstructing justice, attempting to manipulate witnesses, and failing to comply with legal
obligations, including court-ordered mediation.

7.      Defendant's actions have caused significant emotional distress, financial harm,
and damage to Plaintiff's legal standing.

V. Causes of Action

Count 1: Obstruction of Justice (18 U.S.C. § 1503)

8.      Defendant engaged in conduct that obstructed, influenced, or impeded the
administration of justice with the intent to prevent a fair legal process.

Count 2: Conspiracy to Obstruct Justice (18 U.S.C. § 371)

9.      Defendant conspired to interfere with Plaintiff's legal rights and the due process
of the law, involving coordinated efforts to manipulate legal outcomes.

Count 3: Aiding and Abetting (18 U.S.C. § 2)

10.    Defendant aided and abetted actions that violated federal laws by assisting in the
obstruction of justice and supporting attempts to evade legal obligations.

Count 4: Civil Rights Violations (42 U.S.C. § 1985)

11.    Defendant's actions were part of a conspiracy to interfere with Plaintiff's civil
rights, denying Plaintiff the fair treatment and legal protection guaranteed under the law.

Relief Sought

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1.    Compensatory damages in an amount exceeding $75,000 for emotional distress,
financial loss, and other related harms.

2.    Punitive damages to deter Defendant from engaging in similar unlawful actions in
the future.

3.    An injunction prohibiting Defendant from further acts of obstruction, harassment,
or interference with Plaintiff's rights.

4.    Legal fees and costs incurred in bringing this action.

5.    Any other relief the Court deems just and equitable.

Dated: 10/15/2024

Respectfully submitted,

Christopher Anthony Hernandez

139 E Tamarisk Rd P3

Palm Springs, California 92262

Christopher.Hernandezrda@gmail.com

**SUPERFORM**

**Seattle PD**

| DATE & TIME OF VIOLATION 12/21/2020 3:00 AM | CRIMINAL TRAFFIC CITATION ATTACHED? YES NO | | ACCOMPLICES |
|---|---|---|---|
| DATE OF ARREST/TIME 12/21/2020 3:30 AM | ARREST LOCATION 131 10 AV E UNIT: 305 Seattle, WA 98102 | | | |

| NAME (LAST, FIRST, MIDDLE/JR, SR, 1st, 2nd) **ALBIKER-OSTERHAUG, LEON A** | DOB **7/8/1989** | ALIAS, NICKNAMES |
|---|---|---|

| ARMED/DANGEROUS **X** YES NO | IDENTITY IN DOUBT?CITIZENSHIP **X** YES NO N/A | | | | | |

**PHYSICAL DETAILS**

| SE **X** M | HEIGHT 600 | WEIGHT 165 | SKIN TONE RACE W | EYE BLU | HAIR BRO | SCARS, MARKS, TATTOOS, DEFORMITIES |
|---|---|---|---|---|---|---|

**IDENTIFICATION DETAILS**

| CCN 1981253 | PRIOR BA # 220018404 | AFIS # 01035988 | FBI # RTNT5PCPH | STATE ID # WA29190081 | DRIVER'S LICENSE # ALBIKLA115MH | STATE WA | SSN |
|---|---|---|---|---|---|---|---|

| RESIDENCE | EMPLOYMENT / SCHOOL |
|---|---|
| LAST KNOWN ADDRESS 947 MOUNTAIN LA EDMONDS, WA 98020 | EMPLOYER, SCHOOL (ADDRESS, SHOP/UNION NUMBER : , |
| RESIDENCE PHONE | BUSINESS PHONE | OCCUPATION |

**EMERGENCY CONTACT**

| PERSON TO BE CONTACTED IN CASE OF EMERGENCY , | RELATIONSHIP | Address , | PHONE |
|---|---|---|---|

| OFFENSE **x** DV FUGITIVE F - Assault | RCW / ORD# | COURT / CAUSE # / | CITATION # |
|---|---|---|---|
| OFFENSE DV FUGITIVE | RCW / ORD# | COURT / CAUSE # | CITATION # |

| WARRANT DATE | WARRANT NUMBER | OFFENSE AMOUNT OF BAIL | | WARRANT TYPE |
|---|---|---|---|---|
| ORIGINATING POLICE AGENCY | ISSUING AGENCY | WARRANT RELEASED TO: (SERIAL # / UNIT / DATE / TIME) | | |

| LIST VALUABLE ITEMS OR PROPERTY LEFT FOR ARRESTEE AT JAIL | | |
|---|---|---|
| LIST VALUABLE ITEMS OR PROPERTY ENTERED INTO EVIDENCE (SIMPLE DESCRIPTION, IDENTIFYING MARKS, SERIAL #) | | |
| LIST ITEMS ENTERED INTO SAFEKEEPING | | |
| TOTAL CASH OF ARRESTEE  $0.0.0 | WAS CASH TAKEN INTO EVIDENCE?  YES **x**  NO AMOUNT: $0.00 | SIGNATURE OF JAIL STAFF RECEIVING ITEMS / SERIAL # |

| ARRESTING OFFICER / SERIAL #  McCammon, Pamela K 5474 | TRANSPORTING OFFICER / SERIAL #  , | SUPERVISOR SIGNATURE / SERIAL #  , |
|---|---|---|
| SUPERFORM COMPLETED BY (SIGNATURE/SERIAL #)  McCammon, Pamela | | CONTACT PERSONFOR ADDITIONAL INFORMATION (NAME/SERIAL#/PHONE)  McCammon, Pam 5474 2066840325 |

| SUPERIOR COURT  FILING INFO IN CUSTODY AT LARGE OUT ON BOND | | COURT CAUSE (STAMP OR WRITE) |
|---|---|---|
| COURT/DIST.  CT.NO. | DIST. CT.  BOND $ | SUP. CT. DATE |

| PERSON APPROVING EXTRADITION | SEAKING-LOCAL ONLY  WACIC-STATE WIDE | NCIC-WILL EXTRADITE  FROM ID & OR ONLY | NCIC-WILL EXTRADITE  FROM OR, ID, MT, WY, CA, NV, UT, CO, AZ, NM, HI, AK | NCIC-WILL EXTRADITE FROM FROM ALL 50 STATES |
|---|---|---|---|---|
| E N T R Y   CCN   WAC   NCIC | DOE   TOE   OP | | C L E A R A N C E   DOC   TOC   OP | |

| |
|---|

## STATEMENT OF PROBABLE CAUSE: NON-VUCSA

CONCISELY SET FORTH FACTS SHOWING PROBABLE CAUSE FOR EACH ELEMENT OF THE OFFENSE AND THAT THE SUSPECT COMMITTED THE OFFENSE. IF NOT PROVIDED, THE SUSPECT WILL BE AUTOMATICALLY RELEASED. INDICATE ANY WEAPONS INVOLVED. (DRUG CRIME CERTIFICATE BELOW.)

Rev 07/08S Generated on 12/22/2020 2:56:41 PM ID: S423808 Page 1 of 3

ON (date) AT (time) , WITHIN THE (city/unincorporated area of county) , COUNTY OF KING, STATE OF WASHINGTON, THE FOLLOWING DID OCCUR:

| | CLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE NGTON | REQUEST 72-HR RUSH FILE?  YES NO |
|---|---|---|
| THAT THE FOREGOING IS TRUE  COR | | ANTICIPATED FILING DATE |
| DATE AND PLACE | SIGNATURE / AGENCY | |

## DRUG CRIME CERTIFICATE

**Part I:** ON (date) _____ (suspect"s name) _____
THE SUSPECT

DELIVERED POSSESSED WITH INTENT TO
DELIVER/MANUFACTURE POSSESSED

☐                                                           WHAT THE UNDERSIGNED OFFICER

☐                        ☐

(officer's name) BASED ON TRAINING AND EXPERIENCE, BELIEVES TO BE (approximate quantity and type of controlled substance) . APPROXIMATE STREET VALUE OF THE CONTROLLED SUBSTANCE IS (value of drugs) .

**Part II:** _____ DELIVER/MANUFACTURE POSSESSED THE
FACTS INDICATING THE SUSPECT
DELIVERED POSSESSED WITH INTENT TO ☐

CONTROLLED SUBSTANCE: ON (date) _____

AT (time) _____

☐                        ☐ , WITHIN THE (city/unincorporated area of county)

COUNTY OF KING, STATE OF WASHINGTON, THE FOLLOWING DID OCCUR:

MY SOURCE OF INFORMATION ABOUT THIS CRIME (e.g., myself, other person with firsthand knowledge)

OTHER FACTS

| I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON  THAT THE FOREGOING IS TRUE AND CORRECT. | REQUEST 72-HR RUSH FILE?  YES NO |
|---|---|
| | ANTICIPATED FILING DATE |

| DATE AND PLACE | SIGNATURE / AGENCY | |
|---|---|---|
| ZONE DETAILS | | LAB WORK |
| SODA ZONE  YES NO | DRUG FREE ZONE? EXACT LOCATION IS REQUIRED.  YES NO | LAB WORK REQUESTED? (DATE / TYPE) |

LAW ENFORCEMENT OBJECT  YES **X** NO
TO RELEASE?

IF YES, EXPLAIN WHY SAFETY OF INDIVIDUAL OR PUBLIC WILL BE THREATENED IF SUSPECT IS RELEASED ON BAIL OR RECOGNIZANCE (CONSIDER HISTORY OF VIOLENCE, MENTAL ILLNESS, DRUG DEPENDENCY, DRUG DEALING, DOCUMENTED GANG MEMBER, FAILURE TO APPEAR, LACK OF TIES TO COMMUNITY). INCLUDE FARR GUIDLINES. DESCRIBE TYPE OF WEAPON. BE SPECIFIC.

TIES TO COMMUNITY (MARITAL STATUS, TIME IN COUNTY, ETC.)

CONVICTION RECORD

Rev 07/08S Generated on 12/22/2020 2:56:41 PM ID: S423808 Page 2 of 3

# CONFIDENTIAL **** FOR KING COUNTY JAIL USE ONLY **** CONFIDENTIAL

| | CASE NUMBER |
|---|---|
| | **2020-349554** |

VICTIM DATA: Please include below data for the following types of arrests: any Domestic Violence or related offense, Assault, Harassment, Stalking and Sex Offenses. Information is used by jail staff for no contact orders and to make recommendations regarding release.

| VICTIM'S NAME | PHONE NUMBER | ALTERNATIVE NUMBER | DATE OF BIRTH | ADDRESS |
|---|---|---|---|---|
| | | | | |

**AGENCY:** WASPD0000

Rev 07/08S Generated on 12/22/2020 2:56:41 PM ID: S423808 Page 3 of 3

CASE NUMBER FILE NUMBER PCN NUMBER **SUPERFORM**

**2020-349554**

**Seattle PD**

| DATE & TIME OF VIOLATION | CRIMINAL TRAFFIC CITATION ATTACHED? | ACCOMPLICES |
|---|---|---|
| 12/21/2020 3:50 AM | YES NO | |
| DATE OF ARREST/TIME | ARREST LOCATION | |
| 12/21/2020 3:50 AM | 131 10 AV E UNIT: 315 Seattle, WA 98102 | | |

| NAME (LAST, FIRST, MIDDLE/JR, SR, 1st, 2nd) | | DOB | ALIAS, NICKNAMES |
|---|---|---|---|
| **ALBIKER-OSTERHAUG, LEON A** | | **7/8/1989** | |

| ARMED/DANGEROUS | IDENTITY IN DOUBT?CITIZENSHIP | | | | |
|---|---|---|---|---|---|
| X<br>YES     NO | X NO N/A<br>YES | | | | |

PHYSICAL DETAILS

| SEX | HEIGHT | WEIGHT | SKIN TONE RACE | EYE | HAIR | SCARS, MARKS, TATTOOS, DEFORMITIES |
|---|---|---|---|---|---|---|
| M | 600 | 165 | W | BLU | BRO | |

IDENTIFICATION DETAILS

| CCN | PRIOR BA # | AFIS # | FBI # | STATE ID # | DRIVER'S LICENSE # | STATE | SSN |
|---|---|---|---|---|---|---|---|
| 1981253 | 220011375 | 01035988 | RTNT5PCPH | WA29190081 | ALBIKLA115MH | WA | |

| RESIDENCE | EMPLOYMENT / SCHOOL |
|---|---|
| LAST KNOWN ADDRESS | EMPLOYER, SCHOOL (ADDRESS, SHOP/UNION NUMBER) |
| 947 MOUNTAIN LA EDMONDS, WA 98020 | : , |

| RESIDENCE PHONE | | BUSINESS PHONE | OCCUPATION |
|---|---|---|---|
| EMERGENCY CONTACT | | | |

| PERSON TO BE CONTACTED IN CASE OF EMERGENCY , | RELATIONSHIP | Address , | PHONE |
|---|---|---|---|

| OFFENSE x DV FUGITIVE I - ASSAULT INV | RCW / ORD# 1399 | COURT / CAUSE # / | CITATION # |
|---|---|---|---|
| OFFENSE DV FUGITIVE | RCW / ORD# | COURT / CAUSE # | CITATION # |

| WARRANT DATE | WARRANT NUMBER | OFFENSE AMOUNT OF BAIL | | | WARRANT TYPE |
|---|---|---|---|---|---|
| ORIGINATING POLICE AGENCY | | ISSUING AGENCY | WARRANT RELEASED TO: (SERIAL # / UNIT / DATE / TIME) | | |

LIST VALUABLE ITEMS OR PROPERTY LEFT FOR ARRESTEE AT JAIL

LIST VALUABLE ITEMS OR PROPERTY ENTERED INTO EVIDENCE (SIMPLE DESCRIPTION, IDENTIFYING MARKS, SERIAL #)

LIST ITEMS ENTERED INTO SAFEKEEPING

| TOTAL CASH OF ARRESTEE $0 .0 0 | WAS CASH TAKEN INTO EVIDENCE? YES x NO AMOUNT: $0.00 | SIGNATURE OF JAIL STAFF RECEIVING ITEMS / SERIAL # |
|---|---|---|

| ARRESTING OFFICER / SERIAL # Eames, Kaybree 8763 | TRANSPORTING OFFICER / SERIAL # , | SUPERVISOR SIGNATURE / SERIAL # , |
|---|---|---|
| SUPERFORM COMPLETED BY (SIGNATURE/SERIAL #) Eames, Kaybree | CONTACT PERSONFOR ADDITIONAL INFORMATION (NAME/SERIAL#/PHONE) , | |

| SUPERIOR COURT FILING INFO IN CUSTODY AT LARGE OUT ON BOND | COURT CAUSE (STAMP OR WRITE) |
|---|---|
| COURT/DIST. CT.NO. | DIST. CT. BOND $ | SUP. CT. DATE |

| PERSON APPROVING EXTRADITION | SEAKING-LOCAL ONLY WACIC-STATE WIDE | NCIC-WILL EXTRADITE FROM ID & OR ONLY | NCIC-WILL EXTRADITE FROM OR, ID, MT, WY, CA, NV, UT, CO, AZ, NM, HI, AK | NCIC-WILL EXTRADITE FROM FROM ALL 50 STATES |
|---|---|---|---|---|
| E N T R Y | CCN WAC NCIC | DOE TOE | C L E A R A N | DOC TOC OP |

## STATEMENT OF PROBABLE CAUSE: NON-VUCSA

CONCISELY SET FORTH FACTS SHOWING PROBABLE CAUSE FOR EACH ELEMENT OF THE OFFENSE AND THAT THE SUSPECT COMMITTED THE OFFENSE. IF NOT PROVIDED, THE SUSPECT WILL BE AUTOMATICALLY RELEASED. INDICATE ANY WEAPONS INVOLVED. (DRUG CRIME CERTIFICATE BELOW.)

Rev 07/08S Generated on 12/21/2020 2:08:56 PM ID: S423248 Page 1 of 4

ON (date) 12/21/2020 AT (time) 3:50 AM , WITHIN THE (city/unincorporated area of county)

,

City of Seattle

COUNTY OF KING, STATE OF WASHINGTON, THE FOLLOWING DID OCCUR:

On 12-21-2020 I was working uniformed patrol in the City of Seattle as 3- CHARLIE-11 in a fully marked patrol vehicle. At approx. 0258 hours I was dispatched to 131 10 Av E Seattle WA unit 315. Call REMARKS:

5 MINS AGO, INSIDE, CHK FOR MALE WHO HIT RP W/A PIECE OF WOOD, SUSP STILL ON SCENE, NO WEAPONS SEEN

VICTIM/Christopher Hernandez reported that his boyfriend ARRESTED/Leon Aldiker of six months had recently return from jail. Christopher advised police that Leon's behavior had been escalating since returning. Tonight, Christopher reported he had been in and out of the apartment multiple times due to be in close proximity to his work. Christopher reported that this agitated Leon for unknown reasons, he also told police he believed Leon had failed to take his medication recently.

Christopher told police that Leon had entered his room while sleeping Leon stated he would "kill him" and struck him in the head with a cutting board. It should be noted that he was hit with such force that the board split into three pieces which were later collected for evidence. Leon sustained a laceration to the side of his head which SFD recommended he go to the hospital for. Christopher also complained of pain in one of his fingers and left shoulder. Photos were taken of his injury and later uploaded to Axon Capture.

Leon was contacted in unit 305 and placed into handcuffs for officer safety as he had used committed a violent crime with an improvised weapon. He was then frisked and identified shortly after prior to officers speaking with him. Leon denied the incident took place and advised he was not in dating relationship with Christopher. While on scene Leon did later admit to striking Christopher in the head with the cutting board. Leon denies that Christopher lives at the location but did admit that he has been in a sexual relationship with Christopher,

Officers determined probable cause for Leon's arrest based on Christopher's injuries, the broken cutting located and Leon's statements about the assault. Leon was then advised he was under arrest, read Miranda and searched incident to arrest prior to being placed into a patrol vehicle.

He was then transported to the East Precinct for screening and later transported to KCJ.

| | CLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE NGTON | REQUEST 72-HR RUSH FILE? YES NO |
|---|---|---|
| THAT THE FOREGOING IS TRUE COR | | ANTICIPATED FILING DATE |
| DATE AND PLACE 12/21/2020 Seattle, WA | kaybree.eames@seattle.gov / WASPD0000     SIGNATURE / AGENCY | |

This printout is from the King County Booking and Referral System (BARS), where the above officer signed and transmitted this eSuperform as permitted by GR 30 and LCrRLJ 2.6.

## DRUG CRIME CERTIFICATE

**Part I:**     ON (date)     THE SUSPECT     (suspect"s name)

DELIVERED POSSESSED WITH INTENT TO DELIVER/MANUFACTURE POSSESSED

☐

WHAT THE UNDERSIGNED OFFICER

☐                                    ☐

(officer's name) DETAILS TOWN/ZIP, RESIDENCE, EMPLOYMENT, (approximate quantity and type) (controlled substance) . THE APPROXIMATE STREET VALUE OF THE CONTROLLED SUBSTANCE IS (value of drugs) .

DELIVER/MANUFACTURE POSSESSED THE

## Part II:

FACTS INDICATING THE SUSPECT
DELIVERED POSSESSED WITH INTENT TO

CONTROLLED SUBSTANCE: ON (date)

AT (time)

, WITHIN THE (city/unincorporated area of county)

COUNTY OF KING, STATE OF WASHINGTON, THE FOLLOWING DID OCCUR:

MY SOURCE OF INFORMATION ABOUT THIS CRIME (e.g., myself, other person with firsthand knowledge)

OTHER FACTS

| I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON  THAT THE FOREGOING IS TRUE AND CORRECT. | REQUEST 72-HR RUSH FILE? YES NO |
| | ANTICIPATED FILING DATE |
| DATE AND PLACE | SIGNATURE / AGENCY |
| ZONE DETAILS | LAB WORK |
| SODA ZONE YES NO | DRUG FREE ZONE? EXACT LOCATION IS REQUIRED. YES NO | LAB WORK REQUESTED? (DATE / TYPE) |

LAW ENFORCEMENT OBJECT TO RELEASE? **X** YES NO

IF YES, EXPLAIN WHY SAFETY OF INDIVIDUAL OR PUBLIC WILL BE THREATENED IF SUSPECT IS RELEASED ON BAIL OR RECOGNIZANCE (CONSIDER HISTORY OF VIOLENCE, MENTAL ILLNESS, DRUG DEPENDENCY, DRUG DEALING, DOCUMENTED GANG MEMBER, FAILURE TO APPEAR, LACK OF TIES TO COMMUNITY). INCLUDE FARR GUIDLINES. DESCRIBE TYPE OF WEAPON. BE SPECIFIC.

 He was recently released from jail and assaulted his boyfriend.

TIES TO COMMUNITY (MARITAL STATUS, TIME IN COUNTY, ETC.)

CONVICTION RECORD

| SUBJECT ARMED/DANGEROUS SUSPECT IDENTITY IN QUESTION? WARRANT(S) FOR FTA |
| HISTORY OF FTA'S (LIST) |

## CONFIDENTIAL **** FOR KING COUNTY JAIL USE ONLY **** CONFIDENTIAL

| CASE NUMBER |
| **2020-349554** |

VICTIM DATA: Please include below data for the following types of arrests: any Domestic Violence or related offense, Assault, Harassment, Stalking and Sex Offenses. Information is used by jail staff for no contact orders and to make recommendations regarding release.

| VICTIM'S NAME | PHONE NUMBER | ALTERNATIVE NUMBER | DATE OF BIRTH | ADDRESS |
|---|---|---|---|---|
| Hernandez, Christopher J | 503-334-1449 | | 8/31/19 91 | |
| VICTIM'S NAME | PHONE NUMBER | ALTERNATIVE NUMBER | DATE OF BIRTH | ADDRESS |

Rev 07/08S Generated on 12/21/2020 2:08:56 PM ID: S423248 Page 4 of 4

1

2

3

4

5

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

6

THE STATE OF WASHINGTON,

)

Plaintiff,

)

7                                          Defendant.

v.                                          )

)

10

)

)

8

LEON A ALBIKER-OSTERHAUG,

)                                          )

)                        No. 20-1-08096-5 SEA INFORMATION

9

11

       I, Daniel T. Satterberg, Prosecuting Attorney for King County in the name and by the authority of the State of Washington, do accuse LEON A ALBIKER-OSTERHAUG of the 12 following crime[s]: **Assault In The Third Degree - Domestic Violence**, committed as

follows: 13

Count 1 Assault In The Third Degree - Domestic Violence

14

       That the defendant LEON A ALBIKER-OSTERHAUG in King County, Washington, on or about December 21, 2020, with criminal negligence did cause bodily harm to Christopher 15 Hernandez, a human being, by means of a weapon or other instrument or thing likely to produce bodily harm, to-wit: a board;

16

Contrary to RCW 9A.36.031(1)(d), and against the peace and dignity of the State of

17

Washington.

18

And further do accuse the defendant, Leon A Albiker-Osterhaug, at said time of committing the above crime against an intimate partner as defined in RCW 26.50.010(7), which 19 is a crime of domestic violence as defined in RCW 10.99.020.

20

DANIEL T. SATTERBERG
Prosecuting Attorney

21

22

David L. Ryan, WSBA #21997

23

Senior Deputy Prosecuting Attorney

24 **Daniel T. Satterberg**, Prosecuting Attorney    CRIMINAL DIVISION

INFORMATION - 1                                              516 Third Avenue
                W554 King County Courthouse          Seattle, WA 98104-2385
                                                     (206) 477-3742 FAX (206) 205-6104

1

2

CAUSE NO. 20-1-08096-5 SEA

3

PROSECUTING ATTORNEY CASE SUMMARY AND REQUEST FOR BAIL AND/OR
CONDITIONS OF RELEASE

4

The State incorporates by reference the Certification for Determination of Probable Cause 5

prepared by Detective Pamela K McCammon of the Seattle Police Department for case number 2020-349554.

6

**Bail Request:** The State agrees with the decision of the Honorable District Court Judge Lissa

7

Paglisotti on the Investigation Calendar to set bail in the amount of $30,000.

8

**Currently Charged Offense:** As the certification and police reports describe, at almost 4:00 am

9

in the morning on 12/21/2020, defendant Leon Albiker-Osterhaug was angry at his intimate partner Christopher Hernandez for questioning why he was not taking his medication. The 10 defendant threatened to "kill" Mr. Hernandez. Then he hit Mr. Hernandez over the head with a cutting board with enough force to break the board into pieces. First responders suggested that 11 Mr. Hernandez would need to go to a hospital for his actively bleeding head laceration.

12

**Other Criminal Offenses:** In *pending* 2020 case 655725, the defendant is charged with Reckless Driving and Criminal Trespass 2.

13

14    appearing to be under the influence, charged with Criminal Trespass 1 and Obstructing
and Inhaling Fumes.

15    In *dismissed* 2020 Edmond Municipal Court case, the defendant was charged with Obstructing.

16    The dismissal reason listed in JABS as "IC" (for incompetent).

17    **Prior DV Offense/Individual Order History (IOH):** In *dismissed* 2020 Edmonds Municipal
Court case XZ0363563, the defendant was charged with dv-designated Malicious Mischief 3 18
committed against a different victim (Einar Osterhaug). The NCO was recalled when the case
was recently dismissed without prejudice on 12/14/2020 with the dismissal reason listed in JABS

19    as "IC" (for incompetent).

20    Signed and dated by me this 23rd day of December, 2020.

21

22    David L. Ryan, WSBA #21997

23
                                        Senior Deputy Prosecuting Attorney

24    **Daniel T. Satterberg**, Prosecuting Attorney
       Prosecuting Attorney Case Summary and        W554 King County Courthouse 516 Third Avenue
       Request for Bail and/or Conditions of         Seattle, WA 98104-2385
       Release - 1                                   (206) 477-3742 FAX (206) 205-6104

       CRIMINAL DIVISION



**eLODI**
## PROSECUTING ATTORNEY'S OFFICE
### Certification for Determination of Probable Cause

That Pamela McCammon 5474 is a Pol Ofcr-Detective with the Seattle Police Department and is familiar with the investigation conducted in Seattle Police Department 2020-349554. There is probable cause to believe that ALBIKER OSTERHAUG, LEON A, 7/8/1989 committed the crime(s) of:

* Assault In The Third Degree - Domestic Violence (Criminal Negligence / Bodily Harm - DV), in SEATTLE

County of King, in the State of Washington.

This belief is predicated on the following facts and circumstances:

That Pam McCammon is a Detective with the Seattle Police Department and has reviewed the investigation conducted in Seattle Police Department Case number 20-349554 There is probable cause to believe that Leon Albiker-Osterhaug committed the crime of Assault DV within the City of Seattle, County of King, State of Washington. This belief is predicated on the following facts and circumstances.
On 12/21/20 Officers responded to 131 10th AV E #315 to the report of Domestic Violence Assault. Officers located and talked with Christopher Hernandez, who told them his boyfriend S/ Leon Albiker-Osterhaug had recently returned from jail, V/ Hernandez stated that Leon's behavior had "been escalating since he returned".
V/ Hernandez reported that S/ Leon had been agitated for some unknown reason and had been "in and out of the apartment multiple times tonight" due to the close proximity of his work.
Hernandez mentioned S/Leon had failed to take his medication lately, although he did not state what the medication was for.
V/ Hernandez told Officers S/ Leon had entered his room while he was sleeping and stated he would "kill him" just before striking him in the head with a cutting board. The blow from the cutting board was so forceful, the board split into three pieces. V/ Hernandez suffered a laceration to the side of his head and complained of pain in his fingers and one

cutting board.

S/ Leon Albiker-Osterhaug was read his Miranda Rights and later booked into KCJ for Felony DV Assault.

Under penalty of perjury under the laws of the State of Washington, I certify that the foregoing is true and correct to the best of my knowledge and belief. Signed and dated by me this 22nd day of December 2020, at Seattle, Washington.

Under penalty of perjury under the laws of the State of Washington, I certify that the foregoing is true and correct. Signed and dated by me this 22 day of December, 2020, at SEATTLE, Washington.

This printout is from the King County Electronic Log of Detective Investigations (eLODI) system, where the above officer signed and transmitted this referral as permitted by GR 30 and LGR 30.

General Nonviolent Offense where Domestic Violence
has been Plead and Proven

NONVIOLENT
OFFENDER SCORING RCW 9.94A.525(21)

CURRENT OFFENSE BEING SCORED --h?-?--??------------------------------------------------------------

...................................................................................................................................................................................

· ADULT HISTORY:

Enter number of domestic violence felony convictions as listed below* .................... x 2 =

Enter number of repetitive domestic violence offense convictions (RCW 9.94A.030(42)) plead and proven after 8/1/11 ................................................................................ x 1 =

Enter number of felony convictions ............................................................... x 1 =

## JUVENILE HISTORY:

Enter number of subsequent domestic violence felony dispositions as listed below* ......... x 1 =

Enter number of serious violent and violent felony dispositions ............................... x 1 =

Enter number of nonviolent felony dispositions ............................................... x ½ =

## OTHER CURRENT OFFENSES:

*(Other current offenses that do not encompass the same conduct count in offender score)*

Enter number of other domestic violence felony convictions as listed below* ................ x 2 =

Enter number of other repetitive domestic violence offense convictions plead and proven after 8/1/11 .......................................... x 1 =

Enter number of other felony convictions ...................................................... x 1 =

## STATUS:

Was the offender on community custody on the date the current offense was committed? (if yes) ............ + 1 =

*\* If domestic violence was plead and proven after 8/1/2011 for the following felony offenses:*

*Violation of a No-Contact Order, Violation of a Protection Order, Domestic Violence Harassment, Domestic Violence Stalking, Domestic Violence Burglary 1, Domestic Violence Kidnapping 1, Domestic Violence Kidnapping 2, Domestic Violence Unlawful Imprisonment, Domestic Violence Robbery 1, Domestic Violence Robbery 2, Domestic Violence Assault 1, Domestic Violence Assault 2, Domestic Violence Assault 3, Domestic Violence Arson 1, Domestic Violence Arson 2.*

*\* If domestic violence was plead and proven after 7/23/17 for the following felony offenses:*

*Assault of a Child 1, Assault of a Child 2, Assault of a Child 3, Criminal Mistreatment 1, Criminal Mistreatment 2.*

## STANDARD RANGE CALCULATION

Total the last column to get the **Offender Score** (Round down to the nearest whole number) ...................

Seriousness Level .............................................................................. =

Low    to    High

## STANDARD SENTENCE RANGE ...............................................................

✓ For attempt, solicitation, conspiracy (RCW 9.94A.595) see page 58 or for gang-related felonies where the court found the offender involved a minor (RCW 9.94A.833) see page 228 for standard range adjustments.

✓ For deadly weapon enhancement, see page 235.

✓ For sentencing alternatives, see page 217.

✓ For community custody eligibility, see page 230.

✓ For any applicable enhancements other than deadly weapon enhancement, see page 225.

Enter number of domestic violence felony convictions as listed below* _ Enter number of repetitive domestic violence offense convictions (RCW 9.94A.030(42)) plead and proven after 8/1/I I _-................................................. Enter number of felony convictions ~ _ _ ...... JUVENILE HISTORY: Enter number of subsequent domestic violence felony dispositions as listed below* ......:...-:...-......... Enter number of serious violent and violent felony dispositions ................................................. Enter number of nonviolent felony dispositions-------------------------------------- OTHER CURRENT OFFENSES:

(Other current offenses that do not encompass the same conduct count in offender score) Enter number of other domestic violence felony convictions as listed below* ........................-:............... Enter number of other repetitive domestic violence offense convictions plead and proven after 8/1/11._.-............................................................................ Enter number of other felony convictions _ ._ -~ ~~ STATUS: Was the offender on community custody on the date the current offense was committed? (if yes)

x2=        xi= _        xi=

$$x_2= \underline{\qquad} - \underline{\qquad} \quad x_i= \underline{\qquad} - \underline{\qquad}$$

$$\underline{\qquad} - \underline{\qquad} \quad x_2= \underline{\qquad} \quad x_i= \underline{\qquad}$$

\* If domestic violence was plead and proven after 8/112011 for the following felony offenses: Violation of a No-Contact Order, Violation of a Protection Order, Domestic Violence Harassment, Domestic Violence Stalking, Domestic Violence Burglary [1], Domestic Violence Kidnapping [1], Domestic Violence Kidnapping [2], Domestic Violence Unlawful Imprisonment, Domestic Violence Robbery [1], Domestic Violence Robbery 2, Domestic Violence Assault I, Domestic Violence Assault [2], Domestic Violence Assault 3, Domestic Violence Arson [1], Domestic Violence Arson [2].

\* If domestic violence was plead and proven after 7/23/17 for the following felony offenses: Assault of a Child [1], Assault of a Child [2], Assault of a Child [3], Criminal Mistreatment [1], Criminal Mistreatment [2]–

## STANDARD RANGE CALCULATION

Total the last column to get the Offender Score (Round the down to nearest whole number)

---------------------------

-------------------------------------------------------------------- Low to -------------------------------------

:12_: High

Seriousness Level

✓ For attempt, solicitation, conspiracy (RCW 9.94A.595) see page 58 or for gang-related felonies where the court found the offender involved a minor (RCW 9.94A.833) see page 228 for standard range adjustments.

✓ For deadly weapon enhancement, see page 235 ../ ✓ For sentencing alternatives, see page 217.

✓ For community custody eligibility, see page 230 ../ ✓ For any applicable enhancements other than deadly weapon enhancement, see page 225.

236 2020 Washington State Adult Sentencing Guidelines Manual, ver 20201103

## APPENDIX B TO PLEA AGREEMENT
## PROSECUTOR'S UNDERSTANDING OF DEFENDANT'S CRIMINAL HISTORY
## (SENTENCING REFORM ACT)

DEFENDANT: LEON A ALBIKER-OSTERHAUG
FBI No: RTNT5PCPH State ID No.: WA29190081 DOC No.:

This criminal history was compiled on: December 23, 2020

☐ None known. Recommendations and standard range assumes no prior felony convictions.

☐ Criminal history not known and not received at this time. WASIS/NCIC last received on:

| Offense | Score | Disposition | Type* |
|---------|-------|-------------|-------|
|         |       |             |       |

Comments:

Prepared by: _____

1

\*AF – Adult Felony
AM – Adult Misdemeanor

JF – Juvenile Felony
JM – Juvenile Misdemeanor

ATN/6513/CASE # 2020-349554
WASHINGTON STATE CRIMINAL HISTORY RECORD FOR SID/WA29190081
WASHINGTON STATE PATROL
CRIMINAL HISTORY RECORD SECTION
P.O. BOX 42633
OLYMPIA, WASHINGTON 98504-2633

*************************************************************************
CRIMINAL HISTORY INFORMATION AS OF 12/21/2020
*************************************************************************
NOTICE
THE FOLLOWING TRANSCRIPT OF RECORD IS FURNISHED FOR OFFICIAL USE ONLY.
SECONDARY DISSEMINATION OF THIS CRIMINAL HISTORY RECORD INFORMATION IS
PROHIBITED UNLESS IN COMPLIANCE WITH THE WASHINGTON STATE CRIMINAL RECORDS
PRIVACY ACT, CHAPTER 10.97 RCW. NON-CRIMINAL JUSTICE AGENCIES WHO HAVE
STATUTORY AUTHORITY TO RECEIVE NON-CONVICTION CRIMINAL HISTORY RECORDS
MAY NOT USE SEALED JUVENILE RECORD INFORMATION IN MAKING LICENSING OR
EMPLOYMENT SUITABILITY DETERMINATIONS.

POSITIVE IDENTIFICATION CAN ONLY BE BASED UPON FINGERPRINT COMPARISON. BECAUSE
ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED
FOR SUBSEQUENT USE. WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED,
COMMUNICATE DIRECTLY WITH THE AGENCY THAT SUPPLIED THE INFORMATION TO THE
WASHINGTON STATE PATROL.

A DISPOSITION STATUS OF WARRANT ISSUED MAY NOT INDICATE THE PRESENCE
OF AN ACTIVE WARRANT. ALL WARRANT INFORMATION SHOULD BE OBTAINED
FROM THE ACCESS SYSTEM AND MUST BE CONFIRMED WITH THE ENTERING AGENCY.

*************************************************************************
MASTER INFORMATION
*************************************************************************
NAME:    ALBIKER OSTERHAUG,LEON A        DOB:        07/08/1989
SID NUMBER: WA29190081                   FBI NUMBER: RTNT5PCPH

*************************************************************************
PERSON INFORMATION
*************************************************************************
SEX   RACE   HEIGHT   WEIGHT   EYES   HAIR   PLACE OF BIRTH   CITIZENSHIP
M     W      600      165      BLU    BRO    US               XX
                                             WA               US
                                             XX

OTHER NAMES USED              OTHER DATES OF       SOC SEC      MISC NUMBER
ALBIKER-OSTERHAUG,LEON A      BIRTH USED           NUMBER

DNA TAKEN: N  DNA TYPED: N

*************************************************************************
NO KNOWN SCARS, MARKS, TATTOOS, AND AMPUTATIONS
*************************************************************************

*************************************************************************
CONVICTION AND/OR ADVERSE FINDING SUMMARY
**** NO KNOWN CONVICTIONS AND/OR ADVERSE FINDINGS ****
*************************************************************************

*************************************************************************
**** NO KNOWN DOC SUMMARY INFORMATION ****
*************************************************************************

*************************************************************************
CRIMINAL HISTORY INFORMATION
*************************************************************************
THE ARRESTS LISTED MAY HAVE BEEN BASED ON PROBABLE CAUSE AT THE TIME OF ARREST
OR ON A WARRANT. PROBABLE CAUSE ARRESTS MAY OR MAY NOT RESULT IN THE FILING OF
CHARGES. CONTACT THE ARRESTING AGENCY FOR INFORMATION ON THE FORMAL CHARGES
AND/OR DISPOSITIONS.

--------------------------------------------------------------------------
ARREST 6                                    DATE OF ARREST: 11/30/2020
--------------------------------------------------------------------------
NAME USED:             ALBIKER OSTERHAUG,LEON A
CONTRIBUTING AGENCY:   WAO310000  SNOHOMISH COUNTY SHERIFF
LOCAL ID: 202000015132          PCN: 466916927  TCN: WA3100000201931064
Page 1

P.O. BOX 42633 OLYMPIA, WASHINGTON 98504-2633

\* CRIMINAL HISTORY INFORMATION AS OF 12/21/2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* NOTICE

THE FOLLOWING TRANSCRIPT OF RECORD IS FURNISHED FOR OFFICIAL USE ONLY. SECONDARY DISSEMINATION OF THIS CRIMINAL HISTORY RECORD INFORMATION IS PROHIBITED UNLESS IN COMPLIANCE WITH THE WASHINGTON STATE CRIMINAL RECORDS PRIVACY ACT, CHAPTER 10.97 RCW. NON-CRIMINAL JUSTICE AGENCIES WHO HAVE STATUTORY AUTHORITY TO RECEIVE NON-CONVICTION CRIMINAL HISTORY RECORDS MAY NOT USE SEALED JUVENILE RECORD INFORMATION IN MAKING LICENSING OR EMPLOYMENT SUITABILITY DETERMINATIONS.

POSITIVE IDENTIFICATION CAN ONLY BE BASED UPON FINGERPRINT COMPARISON. BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY SHOULD BE REQUESTED FOR SUBSEQUENT USE. WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT SUPPLIED THE INFORMATION TO THE WASHINGTON STATE PATROL.

A DISPOSITION STATUS OF WARRANT ISSUED.MAY NOT INDICATE THE PRESENCE OF AN ACTIVE WARRANT. ALL WARRANT INFORMATION SHOULD BE OBTAINED FROM THE ACCESS SYSTEM AND MUST BE CONFIRMED WITH THE ENTERING AGENCY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MASTER INFORMATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* SID NUMBER: WA29190081 DOB: 07/08/1989

NAME: ALBIKER OSTERHAUG,LEON A

FBI NUMBER: RTNT5PCPH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* PÉRSON INFORMATION

k\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BRO PLACE OF BIRTH                          W 600 165 EYES
                                            CITIZENSHIP
BLU HAIR
SEX M                                       ,LEON A DNA TAKEN: N USED
RACE HEIGHT WEIGHT          XX              SOC SEC NUMBER
                            us             DNA TYPED: N        MISC NUMBER
us WA XX
                    OTHER NAMES USED
                    ALBIKER-OSTERHAUG OTHER DATES OF BIRTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* NO KNOWN SCARS, MARKS, TATTOOS, AND AMPUTATIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* CONVICTION AND/OR ADVERSE FINDING SUMMARY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\* \*\*\*\* NO KNOWN CONVICTIONS AND/OR ADVERSE FINDINGS\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
*************** NO KNOWN DOC INFORMATION****
* SUMMARY INFORMATION *
****************************************************************************
*
*************************************************************************
* CRIMINAL HISTORY INFORMATION
****************************************************************************
```

* THE ARRESTS LISTED MAY HAVE BEEN BASED ON PROBABLE CAUSE AT THE TIME OF ARREST OR ON A WARRANT. PROBABLE CAUSE ARRESTS MAY OR MAY NOT RESULT IN THE FILING OF CHARGES. CONTACT THE ARRESTING AGENCY FOR INFORMATION ON THE FORMAL CHARGES AND/OR DISPOSITIONS.

ARREST

-----------------------------------------------------------------------
------ 6 DATE OF ARREST: 11/30/2020

-----------------------------------------------------------------------
----- NAME USED: ALBIKER OSTERHAUG,LEON A CONTRIBUTING AGENCY: WA0310000 SNOHOMISH COUNTY SHERIFF

LOCAL ID: 202000015132 PCN: 466916927 TCN: WA3100000201931064 Page 1

-------------------------------------------------------------------------------- ARREST

OFFENSES

EDMONDS POLICE DEPARTMENT DISPO RESPONSIBILITY: WA0310200 COURT CASE NO: XZ0363563 DATE OF OFFENSE: 11/30/2020

DISPOSITION CONTRIBUTOR OR RESPONSIBLE AGENCY: WA0310200 EDMONDS POLICE DEPARTMENT

STATUS: DISPOSITION NOT RECEIVED

CONTRIBUTOR OR RESPONSIBLE AGENCY: WA031021J EDMONDS MUNICIPAL COURT

0500800 OBSTRUCT LAW ENFORCEMENT OFC RCW: 9A.76.020 GROSS MISDEMEANOR ORIGINATING AGENCY: WA0310200 EDMONDS POLICE DEPARTMENT DISPO RESPONSIBILITY: WA0310200 COURT CASE NO: XZ0859782 DATE OF OFFENSE: 11/30/2020

0218200 MALICIOUS MISCHIEF-3 RCW: 9A.48.090(2) DOMESTIC VIOLENCE GROSS MISDEMEANOR ORIGINATING AGENCY: WA0310200

COURT CASE NO: XZ0530380

T 5                                    DATE OF ARREST: 09/30/2020
NAME USED:          ALBIKER OSTERHAUG,LEON A
CONTRIBUTING AGENCY:    WA0310000    SNOHOMISH COUNTY SHERIFF
LOCAL ID:  202000012272        PCN: 466897957    TCN: WA3100000201912078

       ARREST OFFENSES          |          DISPOSITION



T 4                                    DATE OF ARREST: 08/27/2020
NAME USED:          ALBIKER OSTERHAUG,LEON A
CONTRIBUTING AGENCY:    WA0310000    SNOHOMISH COUNTY SHERIFF
LOCAL ID:  202000010537        PCN: 466886297    TCN: WA3100000201900398

       ARREST OFFENSES          |          DISPOSITION



T 3                                    DATE OF ARREST: 07/05/2020
NAME USED:          ALBIKER-OSTERHAUG,LEON A
CONTRIBUTING AGENCY:    WASPD0000    SEATTLE POLICE DEPARTMENT
LOCAL ID:  A1035988            PCN: 208788400    TCN: WA1700000201846995

       ARREST OFFENSES          |          DISPOSITION
                        Page 2

ARREST

------------------------------------------------------------------------------
                            09/30/2020
----- 5 DATE OF ARREST:

------------------------------------------------------------------------------

----- NAME USED: ALBIKER OSTERHAUG,LEON A CONTRIBUTING AGENCY: WA0310000

SNOHOMISH COUNTY SHERIFF

LOC?L ID: 202000012272 PCN: 466897957 TCN: WA3100000201912078

------------------------------?--------------------------------------------

- ARREST OFFENSES DISPOSITION

ARREST

----- 4 DATE OF ARREST: 08/27/2020 NAME USED: ALBIKER OSTERHAUG,LEON A

CONTRIBUTING AGENCY: WA0310000 SNOHOMISH COUNTY SHERIFF

LOCAL ID: 202000010537 PCN: 466886297 TCN: WA3100000201900398

ARREST OFFENSES
DISPOSITION

07/05/2020

DATE OF ARREST:        -------------- NAME USED:

?--------------------------------------------------------------

ARREST 3

ALBIKER-OSTERHAUG,LEON A

CONTRIBUTING AGENCY: LOCAL ID: A1035988    DISPOSITION

ARREST OFFENSES                              Page 2

WASPD0000 SEATTLE POLICE DEPARTMENT

PCN: 208788400 TCN: WA1700000201846995

ARREST

ARREST 2                                    DATE OF ARREST: 05/20/2020
    NAME USED:              ALBIKER-OSTERHAUG, LEON A
    CONTRIBUTING AGENCY:    WASPD0000    SEATTLE POLICE DEPARTMENT
    LOCAL ID:  A1035988                 PCN: 208783491    TCN: WA1700000201841826

            ARREST OFFENSES                      DISPOSITION

PCN:
208783491
TCN:

ARREST 1                                    DATE OF ARREST: 09/10/2018
    NAME USED:              ALBIKER OSTERHAUG, LEON A
    CONTRIBUTING AGENCY:    WA0310400    LYNNWOOD POLICE DEPARTMENT
    LOCAL ID:  201800002346            PCN: 533202951    TCN: WA3104000100553467

            ARREST OFFENSES                      DISPOSITION

WA1700000201841826

--------------------------------------------------------------------------------

LOCAL ID: A1035988

ARREST [1] DATE OF ARREST: 09/10/2018 NAME USED: ALBIKER OSTERHAUG,LEON A

CONTRIBUTING AGENCY: WA0310400 LYNNWOOD POLICE DEPARTMENT LOCAL ID: 201800002346

PCN: 533202951 TCN: WA3104000100553467

Page [3]

```
*****************************************************************
    NO KNOWN DEPARTMENT OF CORRECTIONS INFORMATION
*****************************************************************
    NO KNOWN SEX/KIDNAPPING OFFENDER REGISTRATIONS
*****************************************************************

*****************************************************************
            NO KNOWN APPLICANT DETAILS
*****************************************************************

WN MONITORED POPULATION REGISTRATION TRACKING INFORMATION
*****************************************************************
RMS IS AVAILABLE IN THE CRIMINAL JUSTICE TRAINING MANUAL (CJTM)
P://WWW.WSP.WA.GOV/ SECURED/IDENT/RESOURCE.HTM
*****************************************************************
            RESOURCES
*****************************************************************
```

E OFFICE OF
S (AOC)--------------WWW.COURTS.WA.GOV
HISTORY
ECTION--------------CRIMHIS@WSP.WA.GOV OR (360) 534-2000
HISTORY &
NT
-----HTTP://WWW.WSP.WA.GOV/ SECURED/IDENT/RESOURCE.HTM
CORRECTIONS (DOC)---WWW.DOC.WA.GOV
PPING
REGISTRY (SOR) UNIT--(360) 534-2000
OF WASHINGTON (RCW)--HTTP://APPS.LEG.WA.GOV/RCW/
N ACCESS TO CRIMINAL
WATCH) WEBSITE-------https://fortress.wa.gov/wsp/watch
ATION AND
O CHECK SECTION------WATCH.HELP@wsp.wa.gov OR (360) 534-2000

1:20:18 - MKE: QR - Source: WACIC - To: SRONO - ISN: 05WT00OKP1 -
NU

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NO KNOWN DEPARTMENT OF CORRECTIONS INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* NO KNOWN SEX/KIDNAPPING OFFENDER REGISTRATIONS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*fa\*\*\*\*\*\*\*
\* NO KNOWN APPLICANT DETAILS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* NO KNOWN MONITORED POPULATION REGISTRATION TRACKING INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
GLOSSARY OF TERMS IS AVAILABLE IN THE CRIMINAL JUSTICE TRAINING MANUAL (CJTM) LOCATED AT
HTTP://WWW.WSP.WA.GOV/ SECURED/IDENT/RESOURCE.HTM ‾
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Ä\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* RESOURCES
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
ADMINISTRATIVE OFFICE OF
THE COURTS (AOC)--------------WWW.COURTS.WA.GOV WSP CRIMINAL HISTORY
RECORDS SECTION---------------CRIMHIS@WSP.WA.GOV OR (360) 534-2000 WSP CRIMINAL
HISTORY & FINGERPRINT TRAINING----------HTTP://WWW.WSP.WA.GOV/
SECURED/IDENT/RESOURCE.HTM DEPARTMENT OF CORRECTIONS (DOC)---WWW.DOC.WA.GOV
WSP SEX/KIDNAPPING
OFFENDER REGISTRY (SOR) UNIT--(360) 534-2000 REVISED CODE OF WASHINGTON
(RCW)--HTTP://APPS.LEG.WA.GOV/RCW/ WSP WASHINGTON ACCESS TO CRIMINAL
HISTORY (WATCH) WEBSITE-------https://fortress.wa.gov/wsp/watch WSP IDENTIFICATION
AND BACKGROUND CHECK SECTION------WATCH.HELP@wsp.wa.gov OR (360) 534-2000 END OF
RECORD

05WT00OKNU Page [4]

EL0105WT00OKNUQR
WASPD30Pl
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/RTNT5PCPH. THE RECORD MAY BE OBTAINED FROM
WITHIN YOUR STATE.  THE INTERSTATE IDENTIFICATION INDEX CONTAINS
NO ADDITIONAL DATA.
END
12/21/2020, 11:20:19 - MKE: QR - Source: III - To: SR0N0 - ISN: 05WT00OKQE -
REF: 05WT00OKNU

Page 1

EL0105WT00OKNUQR
WASPD30Pl

THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR RECORD REQUEST FOR

FBI/RTNTSPCPH. THE RECORD MAY BE OBTAINED FROM WITHIN YOUR STATE. THE INTERSTATE

IDENTIFICATION INDEX CONTAINS NO ADDITIONAL DATA.
END

12/21/2020, 11:20:19 _ MKE: QR _ Source: III _ To: SR0N0 _ ISN: 0SWTO0OKQE _ REF: 0SWT00OKNU

Comp Hearing

## DISCOVERY COVER SHEET

Defendant: Leon A Albiker-Osterhaug Defense Attorney: Lauren Nicole Conner

Cause: 20-1-08096-5 SEA Agency: Department of Public  Defense, TDA Division

<u>Attached</u>:

Date Generated: January 13, 2021

Bates Stamp Pages: 0001-0030

Number of Discs Included: 0

### <u>NOTICE TO DEFENSE ATTORNEYS</u>

     This material is being furnished to you pursuant to the provisions of CrR4.7 for your exclusive use. CrR4.7(h)(3) provides as follows:

     "<u>Custody of Materials</u>. Any materials furnished to an attorney pursuant to these rules shall remain in the exclusive custody of the attorney and be used only for the purposes of conducting the party's side of the case, unless otherwise agreed by the parties or ordered by the court, and shall be subject to such other terms and conditions as the parties may agree or the court may provide. Further, a defense attorney shall be permitted to provide a copy of the materials to the defendant after making appropriate redactions which are approved by the prosecuting attorney or order of the court."

     Willful violation of this rule, such as by the delivery of copies of this material to other persons, is subject to the sanctions provided by CrR4.7(h)(7).

     These discovery materials are being provided unilaterally and in advance of the time required in CrR4.7(a)(1). Early disclosure is intended to promote early disposition of cases pursuant to the Prosecuting

Attorney's filing and disposition standards and policies. The state hereby requests that the defendant comply with the prosecutor's discovery obligations (advance disclosure required under CrR4.7(a)).

The Prosecutor reserves the right to withhold, in an appropriate case, early disclosure either due to the unusual nature of a specific case or due to a particular attorney's past refusal to comply with CrR4.7(h)(3) or defendant's discovery obligation under CrR4.7(b)(1). In such cases, the Prosecutor may exchange discovery materials by the omnibus hearing as provided by CrR4.7.

DISCOVERY NOTICE: By viewing and downloading body-worn video associated with this case, you hereby agree that the body camera recording(s) shall not be copied, disseminated, distributed, shown, or disclosed except at hearing or trial, or as necessary to prepare for a hearing or trial, in this matter. You further agree not to disclose victim and witness information that may be depicted in the recording(s) unless specifically permitted to do so by the court after a hearing and a showing of good cause.

The Seattle Police Department has advised us that there may be technical issues related to their COBAN in car video system. Videos recorded since April 23, 2013, may have dropped frames and may also have audio and video synchronization problems. Forensic expert Grant Fredericks (Forensic Video Solutions; grant@forensicvideosolutions.com; (509) 467-3559) has analyzed the videos and has posted his results on the following website:
https://data.seattle.gov/Public-Safety/Seattle-Police-Department-In-Car-Video-Dropped-Fra/k7a5- emiw.

Seattle Police Department

## 2020-349554 - Case Overview

CASE REPORTS

CASE STATUS
Open

ASSIGNEE
PAMELA K MCCAMMON

ASSIGNED UNIT
Domestic Violence-Felony

ASSISTING INVESTIGATOR(S)

Report **Number** 2020-349554 Incident/ Offense Report - COMPLETED

REPORT DATE/TIME
12/21/2020 03:59

LOCATION
\3110 AV E. SEATTLE, WA 98102

OFFENSE-1
Rcw 9A.36.o3{1isf ?LT ASSAu_?Y? )

----f"

Report Number 2020-34955? S1Appleínent - COMPLETED

REPORT DATE/ TIME 12/21/2020 LOCATION
03:59

V'_-_?-Report Number 2020-349554 Supplement· COMPLETED

REPORTDATE / TIME

12/21/2020 04:04

I

i



COMPLETED

, WA 98102

COMPLETED

, WA 98102

COMPLETED

./.

),

E, SEATTLE, WA 98102

.BIKER?OSTERHAUG

Alexand?r.>

No Fixed Address
Defendant,Suspects

Pg 1 of 2

**LEON A ALBIKER-OSTERHAUG**
*aka Leon Alexander*
DOB: 1989-07-08
No Fixed Address
**Defendant, Suspects**

Pg 1 of 2

DOB: 1989-07-08

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0001

2020-349554

Pg 2 of 2

CATEGORY
Other

MAKE/ MODEL/ DESCRIPTION Cutting board    VIN#/ SERIAL# COLOR Tan (TAN)



Seattle Police Department
Mints3 RMS Form v2.0 generated by M. MGMJ #8513 on Dec 25, 2026 11:25.

Pg 2 of 2



Mark43 RMS Form vZ.O generated by M. MCRAE #6513 on Dec 21, 202011:25.

Pg 2 of2

Seattle Police Department

20-1-08096-5 SEA Albiker-Osterhaug_L 0002

Report Number 2020-349554- Incident/ Offense Report Report (Seattle Police Department) Pg 1 of 5

Report Number 2020-349?54 _ I.neident/ Offense Report Report

REPORT DATE/ TIME

Dec 21, 2020 03:59

REPORT WRITER

ALEXANDER PATTON #8450 ASSISTING PERSONNEL/ TYPE(S)

PRECINCT/ SECTOR/ BEAT/ RA E/ E/ El/ 674

CAD EVENT STARTDATE /TIME-CAD EVENTEND DATE/ TIME

Dec 21, 2020 03:00

ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)

KAYBREE EAMES #8763 (Primary Officer)

REPORT TAKEN LOCATION

131 10 AV E, SEATTLE, WA 98102

EMS / FIRE / OTHER LE AGENCIES ON SCENE

☑ YES ☐ NO

RESPONDER'S NAME | ID#

SFD

EVENT STATISTICS

☐ Event Contains Bias Elements | ☐ Homelessness
☐ AED Used | ☐ Naloxone Administered
☐ Hate Graffitti | ☐ Shots Fired (Eyewitness/Casings/Property Damage)
☐ Event is DV Related | ☑ ICV Exists
☐ Shooting (Non-Fatal Injury) | ☑ Body Worn Video
☐ DEMS | ☐ Cybercrime
☐ Shooting (Fatal Injury)

## NARRATIVE

On 12-21-2020 I was working uniformed patrol in the City of Seattle as 3- CHARLIE-11 in a fully marked patrol vehicle. At approx. 0258 hours I was dispatched to 131 10 Av E Seattle WA unit 315. Call REMARKS:

5 MINS AGO, INSIDE, CHK FOR MALE WHO HIT RP W/A PIECE OF WOOD, SUSP STILL ON SCENE, NO WEAPONS SEEN

VICTIM/Christopher Hernandez reported that his boyfriend ARRESTED/Leon Aldiker of six months had recently return from jail. Christopher advised police that Leon's behavior had been escalating since returning. Tonight, Christopher reported he had been in and out of the apartment multiple times due to be in close proximity to his work. Christopher reported that this agitated Leon for unknown reasons, he also told police he believed Leon had failed to take his medication recently.

Christopher told police that Leon had entered his room while sleeping and stated he would "kill him" before striking him in the head with a cutting board. It should be noted that he was hit with such force that the board split into three pieces which were later collected for evidence. Leon sustained a laceration to the side of his head which SFD recommended he go to the hospital for. Christopher also complained of pain in one of his fingers and left shoulder. Photos were taken of his injury and later uploaded to Axon Capture.

Leon was contacted in unit 305 and placed into handcuffs for officer safety as he had used committed a violent crime with an improvised weapon. He was then frisked and identified shortly after prior to officers speaking with him. Leon denied the incident took place and advised he was not in dating relationship with Christopher. While on scene Leon did later admit to striking Christopher in the head with the cutting board. Leon denies that Christopher lives at the location but did admit that he has been in a sexual relationship with Christopher,

Officers determined probable cause for Leon's arrest based on Christopher's injuries, the broken cutting located and Leon's statements about the assault. Leon was then advised he was under arrest, read Miranda and searched incident to arrest prior to being placed into a patrol vehicle.

Prior to leaving the scene Officers provided Christopher a DV pamphlet and with the incident number. Officers asked Christopher if he would be willing to provide a statement but he declined and returned to his unit.

REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE
KAYBREE EAMES #8763   Dec 21, 2020 04:20 (e-signature) | YANAL VWICH #6101   Dec 21, 2020 04:29 (e-signature)
PRINT NAME | PRINT NAME
KAYBREE EAMES #8763 | YANAL VWICH #6101

Seattle Police Department

SPD42 RMS Form v2.0 generated by M. MOME #9527 on Dec 21, 2020 11:29.   Pg 1 of 5

cutting board. It should be noted that he was hit with such force that the board split into three pieces which were later collected for evidence. Leon sustained a laceration to the side of his head which Sep recommended he go to the hospital for. Christopher also complained of pain in one of his fingers and left shoulder. Photos were taken of his injury and later uploaded to Axon Capture.

Leon was contacted in unit 305 and placed into handcuffs for officer safety as he had used committed a violent crime with an improvised weapon. He was then frisked and identified shortly after prior to officers speaking with him. Leon denied the incident took place and advised he was not in dating relationship with Christopher. While on scene Leon did later admit to striking Christopher in the head with the cutting board. Leon denies that Christopher lives at the location but did admit that he has been in a sexual relationship with Christopher,

Officers determined probable cause for Leon's arrest based on Christopher's injuries, the broken cutting located and Leon's statements about the assault. Leon was then advised he was under arrest, read Miranda and searched incident to arrest prior to being placed into a patrol vehicle.

Prior to leaving the scene Officers provided Christopher a DV pamphlet and with the incident number. Officers asked Christopher if he would be willing to provide a statement but he declined and returned to his unit.

Mark43 RMS Form v2.0 generated by M. MCRAE #6513 on Dec 21, 202011:25.

SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

REPORTING OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

Seattle Police Department

Pg 1 of 5

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0003

Report Number 2020-349554- Incident/ Offense Report Report (Seattle Police Department) Leon was later transported to the East Precinct for

screening and then transported to KCJ.

Pg 2 of 5

G PARTY-1

_R[?D_RTJÑ

REPORTING PARTY-1 (PERSON)

R-1 HERNANDEZ, CHRISTOPHER A

SEX

Male

HOME ADDRESS

RACE/ ETHNICITY Unknown

ATTEMPTED

10824 23 DR SW, EVERETT, WA 98208

REPORTING PARTY SIGNATURE

DOB/ ESTIMATED AGE RANGE 1991-08-31

PHONE NUMBER

(425) 892-4791 (Mobile), (206) 890-4203 (primary, Cell). (425) 418-5688 (Home)

EMAIL ADDRESS

CHRISTOPHER.HERNANDEZRDA@GMAIL.COM (Home), contemporarychris2icloud.com (personal)

## OFFENSE-1

OFFENSE CODE

RCW _ 9A.36.031 'ASSAULT-ASSAULT 3

OFFENSE START DATE

Dec 21, 2020 02:58

WEAPON/ FORCE INVOLVED

OFFENSE COMPLETION ● COMPLETED 0

| | DOES EVENT CONTAIN BIAS ELEMENTS? | DOMESTIC VIOLENCE | | | | | |
|---|---|---|---|---|---|---|---|

PLETION

PLETED

MPTED

YES  NO ● YESO  N

AGGRAVATED ASSAULT FACTORS/ HOMICIDE FACTORS

AGGRAVATED ASSAULT FACTORS/ HOMICIDE FACTORS

bricks, jack

Domestic Violence – Victim Was Boyfriend/Girlfriend

RPTION

| STATE | ZIP | COUNTRY CODE |
|---|---|---|
| WA | 98102 | US |

PRECINCT / SECTOR / BEAT / RA

E / E / E1 / 674

DOB / ESTIMATED AGE RANGE

1991-08-31

PHONE NUMBER

(425) 892-4791 (Mobile), (206) 890-4203 (primary, Cell), (425) 418-5688 (Home)

EMAIL ADDRESS

CHRISTOPHER.HERNANDEZRDA@GMAIL.COM (Home), contemporarychris2icloud.com (personal)

DOB/ ESTIMATED AGE RANGE

1989-07-08

PHONE NUMBER

(425) 783-9808 (primary, Another Cell), (425) 463-7666 (Cell)

SUPERVISOR SIGNATURE / DATE

nature)   YANAL VWICH #6101   Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

Pg 2 of 5

---

DOES EVENT CONTAIN BIAS ELEMENTS? DOMESTIC

Blunt Object (baseball bats, butt of handgun, clubs, bricks,jack handles, tire irons, bottles, etc.)

LOCATION NAME/ STREET ADDRESS/LOCATION NAME/ APT. UNIT, STE/

DESCRIPTION 131 IOAV

GANG INFORMATION

No Gang Involvement/Unknown

Domestic Violence – Victim Was Boyfriend/Girlfriend

OFFENSE LOCATION

V-1 HERNANDEZ, CHRISTOPHER A

STATE WA

ZIP

98102

PRECINCT/ SECTOR/ BEAT/ RA

E/ E/ El/ 674

SEX

Male

PHONE NUMBER

(425) 892-4791 (Mobile), (206) 890-4203 (primary, Cell), (425) 418-5688 (Home)

EMAIL ADDRESS

CHRISTOPHER.HERNANDEZRDA@GMAIL.COM (Home), contemporarychris2icloud.com (personal)

CITY

SEATTLE

LOCATION CATEGORY

Apartment Building

DOB/ ESTIMATED AGE RANGE

1991-08-31

COUNTRY CODE US

HOME ADDRESS

RACE/ ETHNICITY Unknown

VJCTJMS-1

VICTIMS-1 NAME (LAST, FIRST MIDDLE)

S-1 ALBIKER-OSTERHAUG, LEON A

10824 23 DR SW, EVERETT, WA 98208   VICTIM IS OFFICER

0  YES.  NO

SUSPECTS-1

SUSPECTS-1 NAME (LAST, FIRST MIDDLE)

DOB/ ESTIMATED AGE RANGE 1989-07-08

SEX

Male

PHONE NUMBER

(425) 783-9808 (primary, Another Cell), (425) 463-7666 (Cell)

RACE/ ETHNICITY White

Mark43 RMS Form vZ-O generated by M. MCRAE #6513 on Dec 21, 202011:25.

SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)

REPORTING OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

PRINT NAME

YANAL VWICH #6101

Pg 2 of 5

Seattle Police Department

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0004

Report Number 2020-349554- Incident/ Offense Report Report (Seattle Police Department)

HOME ADDRESS

No Fixed Address

**VEHICLE/ PROPERTY & ITEMS SUMMARY**

Pg 3 of 5

(TAN) PERSON ADDEN.DUM

VIN#/ SERIAL# QTY. TOTAL (S) VALUE UNKNOWN

STATUS/ DATE/ REASON FOR CUSTODY Evidence/ Dec 21, 2020 / Evidence

DESCRIPTION/ MAKE/ MODEL/ COLOR Cutting board/ Tan

FIRST NAME LAST NAME MIDDLE NAME LEON ALBIKER-OSTERHAUG A OTHER NAME GIVEN/SI DOB/ ESTIMATED AGE RANGE Leon Alexander 1989-07-08

RACE/ ETHNICITY SEX DECEASED SSN# White Male DYES. NO

STATE ID NUMBER

WA29190081

HOME ADDRESS-1

No Fixed Address

HOME ADDRESS-2

947 MOUNTAIN, EDMONDS, WA98020

HOME ADDRESS-3

PER DOL ISSUED ON 07/15/2015, 947 MOUNTAIN LN,

BA#: 220009628, BA#: 220011375, PCN Number: 208788400, CCN Number: 1981253, Legacy Versaterm PIN: 457272143, AFIS Number: 01035988, BA Number: 220009628, PCN Number: 208783491

HEIGHT 'WEIGHT 'EYE COLOR SKIN TONE 6' 0" 165 lbs Blue FACIAL HAIR Unshaven (BLU) Olive

HAIR COLOR/ LENGTH/ STYLE

Brown (BRO)/ Short/ Crew Cut DL.

STATE

EDMONDS, WASHINGTON 98020

HOME ADDRESS-4

947 MOUNTAIN LN, EDMONDS, WA 98020

ENTERED DATE Dec 21, 2020 ENTERED DATE Dec 21, 2020 ENTERED DATE Dec 21, 2020

ENTERED DATE Dec 21, 2020

PHONE NUMBER

(425) 783-9808 (primary, Another Cell), (425) 463-7666 (Cell)

NAME IDENTIFIER

'LANGUAGE(S) SPOKEN English, American

Washington

PERSON ADDENDUM

Athletic/ Muscular

BUILD

OLIO#

ALBIKLA115MH

FIRST NAME LAST NAME MIDDLE NAME CHRISTOPHER HERNANDEZ A DOB/ ESTIMATED AGE RANGE RACE/ ETHNICITY SEX DECEASED 1991-08-31

Unknown Male DYES. NO

SSN#

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

HOME ADDRESS-1

10824 23 DR SW, EVERETT, WA 98208

HOME ADDRESS-2

1820 BOYLSTON AVE. 102, SEATTLE, WA 98122

HOME ADDRESS-3

19710 48 AV W, LYNNWOOD, WA 98306

HOME ADDRESS-4

372127 PL W, 204, SEATTLE, WA 98199

REPORTING _OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

Seattle Police Department

Mark43 RMS Form vZ-O generated by M. MCRAE #6513 on Dec 2J, 202011:25.

ENTERED DATE
Dec 21, 2020

ENTERED DATE
Dec 21, 2020

ENTERED DATE
Dec 21, 2020

SUPERVISOR SIGNATURE / DATE
YANAL VWICH #6101    Dec 21, 2020 04:29 (e-signature)
PRINT NAME
YANAL VWICH #6101

Pg 3 of 5

Dec 21, 2020

Dec 21, 2020

ENTERED DATE
Dec 21, 2020

ENTERED DATE
Dec 21, 2020

SUPERVISOR SIGNATURE/ DATE
YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)
PRINT NAME
YANAL VWICH #6101

Pg 3 ofS

ENTERED DATE

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0005

Report Number 2020-349554- Incident / Offense Report Report (Seattle Police Department)

Dec 21, 2020
ENTERED DATE
Dec 21, 2020

HOME ADDRESS-5
6114 NE 194 PL, KENMORE, WA 98028

HOME ADDRESS-6
13110TH AVE E, 315, SEATTLE, WA 98102

PHONE NUMBER
(425) 892-4791 (Mobile). (206) 890-4203 (primary, Cell), (425) 418-5688 (Home)

NAME IDENTIFIER    EMAIL ADDRESS
CHRISTOPHER.HERNANDEZRDA@GMAIL.COM (Home), contemporarychris2icloud.com (personal)

Pg 4 of 5

ENTERED DATE

Legacy Versaterm PIN: 135269031, DRIVER'S LICENSE: HERNACA094NU, SOCIAL SECURITY NUMBER: 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

HEIGHT
'WEIGHT ·EYECOLOR SKIN TONE FACIAL HAIR
6' 1" 195 lbs Brown (BRO) Light Brown CLEAN SHAVEN _C

HAIR COLOR/ LENGTH/ STYLE
Black (BLK) / Wavy

DL STATE
Washington

EMPLOYER NAME-I
WHOLE EARTH DENTISTRY

EMPLOYER ADDRESS
3203 W MCGRAW ST, SEATTLE

OCCUPATION
DENTAL ASSISTAN

## MEDICAL ADDENDUM

REPORT NUMBER
2020-349554

'INJURED pERSON-I NAME (LAST· FIRST MIDDLE)
?HRISTOPHER A HERNANDEZ

WHERE INJURED-I INJURY TYPE Head Other Major

Injury RELATIONSHIPS    RELATIONSHIP

ADDENDUM

NAME
BUILD
Thin

EMPLOYMENT START - END DATE

Unknown dates

DOB / ESTIMATED AGE RANGE

1991-08-31

DESCRIPTION OF INJURY

laceration to the head. treated by SFD

SUBJECT

ANT OTHER OF    LEON A ALBIKER-OSTERHAUG

SIZE

Medium

TOTAL ($) VALUE

020 03:00    UNKNOWN

SUPERVISOR SIGNATURE / DATE

YANAL VWICH #6101    Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

---

EMPLOYMENT START- END DATE

Unknown dates

DOB/ ESTIMATED AGE RANGE

1991-08-31

DESCRIPTION OF INJURY

laceration to the head. treated by SFD

SUBJECT

CHRISTOPHER A HERNANDEZ
SIGNIFICANT OTHER OF
LEON A ALBIKER-OSTERHAUG

---

DLID#

- PROPERTY & ITEMS ADDENDUM

2_0?0?349554-1 OTHERJTEM- CLJTT/t!!G__B_QAR{J.

ITEM CATEGORY

Other

DESCRIPTION

Cutting board

COLOR

Tan (TAN)

/ STATUS

Evidence

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER/ ID#/ PERSON

KAYBREE EAMES #8763

DROP-OFF LOCATION/ INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

13110 AV E, SEATTLE, WA 98102

ATTACHMENTS ADDENDUM,

REPORTING OFFICER SIGNATURE/ DATE

SIZE

Medium

STATUS DATE

Dec 21, 2020 03:00

TOTAL (S) VALUE UNKNOWN

SUPERVISOR SIGNATURE/ DATE

PRINT NAME

KAYBREE EAMES #8763

Seattle Police Department

Mark43 RMS Form vZ.0 generated by M. MCRAE #6513 on Dec 21, 202011:25.

YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

Pg 4 of5

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0006

Report Number 2020-349554- Incident/ Offense Report Report (Seattle Police Department) Pg 5 of 5

FILENAME

UPLOAD DATE/TIME

K. EAMES #8763

DV Supp 20-349554.pdf

Dec 21, 2020 04:19

UPLOADED BY

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. ·certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

ELECTRONICALLY SIGNED

KAYBREE EAMES

REPORTING OFFICER SIGNATURE/ DATE
DATE

12/21/2020

PLACE

Seattle, WA

SUPERVISOR SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

Seattle Police Department

Pg 5 of5

Mark43 RMS Form v2.0 generated by M. MCRAE #6513 on Dec 21, 2020 ll:Z5.

**20-1-08096-5 SEA Albiker-Osterhaug_L 0007**

Report Number 2020-349554- Incident/ Offense Report Report Cover Sheet (Seattle

Incidentl Offense Report Report Cover Sheet

Police Department) Report Number 2020-349554-

Pg 1 of 1



On 12-21-2020 was working uniformed patrol in the City of Seattle as 3- CHARLIE-11 in a fully marked patrol vehicle. At approx. 0258 hours was dispatched to 13110 Av E Seattle WA unit 315. Call REMARKS:

5 MINS AGO, INSIDE, CHK FOR MALE WHO HIT RP W/A PIECE OF WOOD, SUSP STILL ON SCENE, NO WEAPONS SEEN

VICTIM/Christopher Hernandez reported that his boyfriend ARRESTED/Leon Aldiker of six months had recently return from jail. Christopher advised police that Leon's behavior had been escalating since returning. Tonight, Christopher reported he had been in and out of the apartment multiple times due to be in close proximity to his work. Christopher reported that this agitated Leon for unknown reasons, he also told police he believed Leon had failed to take his medication recently.

Christopher told police that Leon had entered his room while sleeping and stated he would "kill him" before striking him in the head with a

cutting board. It should be noted that he was hit with such force that the board split into three pieces which were later collected for evidence. Leon sustained a laceration to the side of his head which SPD recommended he go to the hospital for. Christopher also complained of pain in one of his fingers and left shoulder. Photos were taken of his injury and later uploaded to Axon Capture.

Leon was contacted in unit 305 and placed into handcuffs for officer safety as he had used committed a violent crime with an improvised weapon. He was then frisked and identified shortly after prior to officers speaking with him. Leon denied the incident took place and advised he was not in dating relationship with Christopher. While on scene Leon did later admit to striking Christopher in the head with the cutting board. Leon denies that Christopher lives at the location but did admit that he has been in a sexual relationship with Christopher,

Officers determined probable cause for Leon's arrest based on Christopher's injuries, the broken cutting located and Leon's statements about the assault. Leon was then advised he was under arrest, read Miranda and searched incident to arrest prior to being placed into a patrol vehicle.

Prior to leaving the scene Officers provided Christopher a DV pamphlet and with the incident number. Officers asked Christopher if he would be willing to provide a statement but he declined and returned to his unit.

Leon was later transported to the East Precinct for screening and then transported to KCJ.

NOTE: Summarized report. More data regarding this report may l!xist in the RMS: Mark43 RMS Form vZ.0 generated by M. MCRAE #6513 on Dec Zl, ZOZO 11:25.

SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:29 (e-signature)

PRINT NAME

YANAL VWICH #6101

REPORTING OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:20 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

Pg 1 of 1

Seattle Police Department

---

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0008

Report Number 2020-349554- Supplement -1 Report (Seattle Police Department)

Report

Report Number 2020-349554 Supplement -1

Pg 1 of 1

REPORT DATE/TIME

Dec 21, 2020 03:59 SUPPLEMENT iYPE

Sgt. Arrest Screening

NARRATIVE

CAD EVENT START DATE/ TIME-CAD EVENT END DATE/ TIME Dec 21, 2020 02:58

REPORT WRITER

JOE HADLEY #6978

'ATTACHMENTS ADDENDUM

FILENAME

Sgt Arrest Screening 2020-349554.pdf

UPLOADED BY

J. HADLEY #6978

UPLOAD DATE/TIME

Dec 21, 2020 04:01

Arrest screened at the precinct.

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. 'certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

ELECTRONICALLY SIGNED

JOE HADLEY

REPORTING OFFICER SIGNATURE/ DATE

JOE <sup>HADLEY</sup> #6978 Dec 21, 2020 04:01

(e-signature) PRINT NAME

JOE <sup>HADLEY</sup> #6978

Seattle <sup>Police</sup> Department

Mark43 RMS Form <sup>vZ.0</sup> generated by <sup>M. MCRAE</sup> #6513 on Dec 21, 2020 II:25.
DATE

12/21/2020

SUPERVISOR SIGNATURE/ DATE

YANAL <sup>VWICH</sup> #6101 Dec 21,
2020 04:52 (e-signature) PRINT
NAME

YANAL <sup>VWICH</sup> #6101

PLACE

Seattle, WA

Pg 1 of 1

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0009

Report Number 2020-349554- Supplement _ 2 Report (Seattle Police Department)    Report

Report Number 2020-349554 _ S.uppl?ment _ 2    Pg 1 of 1

Dec 21, 2020 04:04 SUPPLEMENT iYPE    TIME Dec 21, 2020 02:58

Statement    REPORT WRITER

REPORT DATE/ TIME    'NARRATIVE    NICHOLAS GREGORY #8595

CAD EVENT START DATE/ TIME. CAD EVENT END DATE/

On 12/21/2020, at approximately 0258, 'Nicholas Gregory #8595, was working uniform patrol for the Seattle Police Department, when 'was dispatched to an assault located at 31310 AV E. The call was described as* 5 MINS AGO, INSIDE, CHK FOR MALE WHO HIT RP W/A PIECE OF WOOD, SUSP STILL ON SCENE, NO WEAPONS SEEN.*

Upon arrival of the listed location, 'met with the victim later identified as HERNANDEZ, CHRISTOPHER A. Hernandez was bleeding from the right side of his head and 'also noticed multiple scratches on his right upper shoulder, which 'took pictures of and uploaded them into Axon Capture.

Hernandez informed me tonight as he was in his bed, the suspect later identified as ALBIKER-OSTERHAUG, LEON A. entered his room with a wood cutting board. ALBIKER stated he was going to kill Hernandez and started to hit him with the cutting board causing the lacerations.

Hernandez was seen by Seattle Fire on seen and declined to go to the hospital.

proceeded the level of the building and stood by with other spy officers scene assisted in of ALBIKER the front of my patrol vehicle, where searched him per incident to arrest.

nsported him to the east precinct without incident.

of this report.

using the undersigned officer's unique login and password. certify (or shington that the foregoing is true and correct to the best of my

PLACE

Seattle, WA

SUPERVISOR SIGNATURE/ DATE
PRINT NAME

NICHOLAS GREGORY #8595

Seattle Police Department

Mark43 RMS Form GEO generated by M MCRAE #6513 on Dec 2L 2020 ll:25.

YANAL VWICH #6101 Dec 21, 2020 04:53 (e-signature)

PRINT NAME

YANAL VWICH #6101

NICHOLAS GREGORY #8595 Dec 21, 2020 04:05 (e-signature)

Report Number 2020-349554-CÚstodial Property Summary Report (Seattle Police Department) **Report Number, 2020-349554-Custodial Property Summary Report 'VEHICLE/ PROPERTY & ITEMS SUMMARY**

Pg 1 of 1

Tan (TAN) Evidence/ Dec 21, 2020 / Evidence **PROPERTY & ITEMS ADDENDUM**

2020-349554-1 OTHER ITEM _ CUTTING BOARD

ITEM CATEGORY
Other

DESCRIPTION
Cutting board

VIN#/ SERIAL# QTY. TOTAL (5) VALUE UNKNOWN

DESCRIPTION/ MAKE/ MODEL/ COLOR · STATUS / DÂTÉ / RÉÂÓN FOR CUSTODY Cutting board/

STATUS,
Evidence

REASON FOR POLICE CUSTODY
Evidence

RECOVERING OFFICER/ ID#/ PERSON
KAYBREE EAMES #8763

COLOR
Tan (TAN)

DROP-OFF LOCATION/ INTAKE PERSON East Precinct › Evidence Locker RECOVERED LOCATION

13110 AV E, SEATTLE, WA 98102

SIZE
Medium

STATUS DATE
Dec 21, 2020 03:00

TOTAL($) VALUE UNKNOWN

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

12/21/2020

ELECTRONICALLY SIGNED
KAYBREE EAMES

Pg 1 of [1]

PLACE

**20-1-08096-5 SEA Albiker-Osterhaug_L 0011**

Report Number 2020-349554-Arrest Report Report (Seattle Police Department) Pg 1 of 4

Report,Number   2020?349SSi+ -Arrest  ?eport

Report _,·'·                                          CAD EVENT START DATE /TIME-CAD EVENT END DATE/TIME

REPORTDATE / TIME

Dec 21, 2020 04:21                    ALEXANDER PATTON  #8450 ASSISTING   674

REPORT WRITER                        PERSONNEL/ TYPE(S)                   Dec 21, 2020 03:00

                                     PRECINCT/ SECTOR/ BEAT/ RA E/ E/ El/

                                          D Shooting (Non-Fatal Injury)
                                          D OEMS

KAYBREE EAMES  #8763 (Primary Officer)    D Shooting (Fatal Injury)

REPORTTAKEN LOCATION                      ;NARRATIVE

13110 AV E, SEATTLE, WA 98102             '·.

EMS/ FIRE/ OTHER LE AGENCIES ON SCENE

M YESD NO

RESPONDER'S NAME

SFD

EVENT STATISTICS

D Event Contains Bias Elements
D AED Used                           D Homelessness

                                     D Naloxone Administered
D Hate Graffitti
                                     D Shots Fired (Eyewitness/Casings/Property
D Event is DV Related                   Damage)



On

12-21-2020 'was working uniformed patrol in the City of Seattle as 3- CHARLIE-11 in a fully marked patrol vehicle. At approx. 0258 hours 'was dispatched to 13110 Av E Seattle WA unit 315. Call REMARKS:

5 MINS AGO, INSIDE, CHK FOR MALE WHO HIT RP W/A PIECE OF WOOD, SUSP STILL ON SCENE, NO WEAPONS SEEN

VICTIM/Christopher Hernandez reported that his boyfriend ARRESTED/Leon Aldiker of six months had recently return from jail. Christopher advised police that Leon's behavior had been escalating since returning. Tonight, Christopher reported he had been in and out of the apartment multiple times due to be in close proximity to his work. Christopher reported that this agitated Leon for unknown reasons, he also told police he believed Leon had failed to take his medication recently.

Christopher told police that Leon had entered his room while sleeping and stated he would "kill him" before striking him in the head with a cutting board. It should be noted that he was hit with such force that the board split into three pieces which were later collected for evidence. Leon sustained a laceration to the side of his head which SFD recommended he go to the hospital for. Christopher also complained of pain in one of his fingers and left shoulder. Photos were taken of his injury and later uploaded to Axon Capture.

Leon was contacted in unit 305 and placed into handcuffs for officer safety as he had used committed a violent crime with an improvised weapon. He was then frisked and identified shortly after prior to officers speaking with him. Leon denied the incident took place and advised he was not in dating relationship with Christopher. While on scene Leon did later admit to striking Christopher in the head with the cutting board. Leon denies that Christopher lives at the location but did admit that he has been in a sexual relationship with Christopher,

Officers determined probable cause for Leon's arrest based on Christopher's injuries, the broken cutting located and Leon's statements about the assault. Leon was then advised he was under arrest, read Miranda and searched incident to arrest prior to being placed into a patrol vehicle.

Prior to leaving the scene Officers provided Christopher a DV pamphlet and with the incident number. Officers asked Christopher if he

would be willing to provide a statement but he declined and returned to his unit.

Mark43 RMS Form generated by M. MCRAE 11651 on 8/6/24 07:04:25.

SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:53 (e-signature)

PRINT NAME

YANAL VWICH #6101

REPORTING OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:25 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

Pg 1 of 4

Seattle Police Department

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0012

Report Number 2020-349554-Arrest Report Report (Seattle Police Department)    transported to KCJ. REPORTING PiRTY-1

Leon was later transported to the East Precinct for screening and then    Pg 2 of 4

R-1 HERNANDEZ, CHRISTOPHER A

DOB/ ESTIMATED AGE RANGE 1991-08-31

REPORTING PARTY-1 (PERSON)

SEX

Male

PHONE NUMBER

(425) 892-4791 (Mobile), (206) 890-4203 (primary, Cell), (425) 418-5688 (Home)

EMAIL ADDRESS

contemporarychris2icloud.com (personal), CHRISTOPHER.HERNANDEZRDA@GMAIL.COM (Home)

HOME ADDRESS

RACE/ ETHNICITY Unknown

10824 23 DR SW, EVERETT, WA 98208

'ARREST REPORT #20-015156 (NEW OF?ENSE WITH ARREST-BOOKED)

ARRESTDATE / TIME

Dec 21, 2020 03:25

ARRESTING OFFICER

KAYBREE EAMES #8763 DEFE('J_f)?NT

SSN#

DEFENDANT WAS ARMED WITH Unarmed

'ARREST LOCATION

463-7666 (Cell)

HOME ADDRESS

No Fixed Address

STATE ID NUMBER

WA29190081

ARREST TYPE

New Offense With Arrest

Booked

SEX

Male

RACE/ ETHNICITY

White

EMAIL ADDRESS

ARRESTING ORGANIZATION

Seattle Police Department- SPD

TACTICS USED

N/A

DEFENDANT NAME (LAST, FIRST MIDDLE)

D-.1 ALBIKER-OSTERHAUG, LEON A

DOB/ ESTIMATED AGE RANGE

1989-07-08

PHONE NUMBER

(425) 783-9808 (primary, Another Cell), (425)

LOCATION NAME/ STREET ADDRESS/LOCATION NAME/ APT, UNIT, STE/ DESCRIPTION

13110TH AVE E

CITY

SEATTLE

LOCATION CATEGORY

Apartment Building

_CT1ABG1?..S_
_ _ – é‘ .- ‘¦ _ ‘ ‘–CHARGES-1 RCW _

9A.36.031 i

ASSAULT-ASSAULT 3

STATE WA

ZIP

98102

PRECINCT/ SECTOR/ BEAT/ RA E/ E/

El/ 674

COUNTRY CODE US

REPORT NUMBER 2020-349554

## PERSON ADDENDUM

HERNANDEZ

PUBLIC/ PRIVATE Private

FIRST NAME

CHRISTOPHER

OFFENSE CODE

OFFENSE START DATE

RCW _ 9A.36.031

Dec 21, 2020 02:58

ASSAULT-ASSAULT 3

ARREST DISPOSITION DATE/TIME

Dec 21, 2020 04:24

ARREST DISPOSITION

● Booked into jail

MIDDLE NAME A

D Not Booked (I&R)

LAST NAME

Mark43 RMS Form vZ.0 generated by M. MCRAE #6513 on Dec 21, 202011:25.

SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:53 (e-signature)

PRINT NAME

YANAL VWICH #6101

REPORTING OFFICER SIGNATURE/ DATE

KAYBREE EAMES #8763 Dec 21, 2020 04:25 (e-signature)

PRINT NAME

KAYBREE EAMES #8763

Pg 2 of 4

Sea?tle Police Department

HOME ADDRESS-1 ENTERED DATE



10824 23 DR SW, EVERETT, WA 98208 Dec 21, 2020

1 ENTERED DATE \ HOME ADDRESS-2    372127PL W, 204, SEATTLE, WA 98199 Dec 21, 2020

19710 48 AV W, LYNNWOOD, WA 98306 Dec 21, 2020

HOME ADDRESS-4    ENTERED DATE

6114 NE 194 PL, KENMORE, WA 98028 Dec 21, 2020

HOME ADDRESS-6  ENTERED DATE

1820 BOYLSTON AVE, 102, SEATTLE, WA 98122 Dec 21, 2020

HOME ADDRESS-6  ENTERED DATE

13110TH AVE E, 315, SEATTLE, WA 98102 Dec 21, 2020

PHONE NUMBER  EMAIL ADDRESS

(425) 892-4791 (Mobile), (206) 890-4203 (primary, Cell), (425) 418-

5688 (Home), HERNANDEZRDA@GMAIL.COM (Home)    contemporarychris2icloud.com (personal), CHRISTOPHER.

NAME IDENTIFIER

SOCIAL SECURITY NUMBER: 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, Legacy Versaterm PIN: 135269031, DRIVER'S LICENSE: HERNACA094NU

HEIGHT/WEIGHT/EYE COLOR SKIN TONE  FACIAL HAIR

6' 1" 195 lbs Brown (BRO) Light Brown CLEAN SHAVEN _ C

HAIR COLOR/ LENGTH/ STYLE

Black (BLK) / Wavy

## PERSON ADDENDUM

BUILD Thin

DL STATE

Washington

OLIO#

HERNACA094NU

EMPLOYER NAME-1

WHOLE EARTH DENTISTRY EMPLOYER

ADDRESS

3203 W MCGRAW ST, SEATTLE    EMPLOYMENT START- END DATE Unknown dates

OCCUPATION

DENTAL ASSISTAN

FIRST NAME LAST NAME MIDDLE NAME LEON ALBI KER-OSTER HAUG A OTHER NAME GIVEN(S) DOB/ ESTIMATED AGE RANGE Leon Alexander

1989-07-08 RACE/ ETHNICITY SEX DECEASED SSN#

White Male DYES. NO

STATE ID NUMBER

WA29190081

HOME ADDRESS-1    ENTERED DATE

No Fixed Address    Dec 21, 2020

HOME ADDRESS-2    ENTERED DATE

947 MOUNTAIN, EDMONDS, WA 98020    Dec 21, 2020

HOME ADDRESS-3    ENTERED DATE

PER DOL ISSUED ON 07/15/2015, 947 MOUNTAIN LN,    Dec 21, 2020
EDMONDS, WASHINGTON 98020

Seattle Police Department

Mark43 RMS Form vZ.G generated by M. MCRAE #6513 on Dec ZL 2OZO 11:25.
SUPERVISOR SIGNATURE/ DATE

YANAL VWICH #6101 Dec 21, 2020 04:53 (e-signature)

REPORTING OFFICER SIGNATURE/ DATE    PRINT NAME

KAYBREE EAMES #8763 Dec 21, 2020 04:25 (e-signature)    YANAL VWICH #6101

PRINT NAME

KAYBREE EAMES #8763    Pg 3 of 4

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0014

NAME IDENTIFIER

Report Number 2020-349554-Arrest Report    Pg 4 of 4

## Report

(Seattle Police Department)

HOME ADDRESS-4    ENTERED DATE

947 MOUNTAIN LN, EDMONDS, WA 98020    Dec 21, 2020

PHONE NUMBER    LANGUAGE(S) SPOKEN

English, American

(425) 783-9808 (primary, Another Cell), (425) 463-7666 (Cell)

PCN Number: 208783491, AFIS Number: 01035988, BA Number: 220009628, BA#: 220011375, PCN Number: 208788400, Legacy Versaterm

PIN: 457272143, BA#: 220009628, CCN Number: 1981253

HEIGHT/WEIGHT/EYE COLOR SKIN TONE 6' O" 165 lbs Blue    FACIAL HAIR Unshaven

(BLU) Olive

HAIR COLOR/ LENGTH/ STYLE

(BRO)/

Brown    Short/ Crew Cut BUIL:

Washington

## MEDICAL ADDENDUM

REPORT NUMBER

2020-349554

INJURED PERSON-1 NAME (LAST, FIRST MIDDLE)                                                             GE

CHRISTOPHER A HERNANDEZ

BUILD

WHERE INJURED-1 INJURY TYPE    DESCRIPTION•

Head Other Major Injury

## RELATIONSHIPS                                        DEZ

## ADDENDUM                                             NT OTHER OF
                                                        OSTERHAUG

NAME

This report was generated in Mar                    unique login and password. certify (or

declare) under penalty of perjury                   rue and correct to the best of my

knowledge and belief.

ELECTRONICALLY SIGNED

KAYBREE EAMES

REPORTING OFFICER SIGNATURE/ DATE
DATE

12/21/2020

PLACE                          SUPERVISOR SIGNATURE/ DATE

Seattle, WA

KAYBREE EAMES #8763 Dec 21, 2020 04:25 (e-signature)        YANAL VWICH #6101 Dec 21, 2020 04:53 (e-signature)

PRINT NAME                                                  PRINT NAME

KAYBREE EAMES #8763                                         YANAL VWICH #6101

Seattle Police Department                                                                      Pg 4 of 4

Mark43 RMS Form v2.0 generated by M. MCRAE #6513 on Dec 21, 2020 11:25.

**20-1-08096-5 SEA Albiker-Osterhaug_L 0015**

Domestic Violence                              CASE# 2020-349554

Supplemental Form                              CITATION#

DISTRICT #? ßCl 1/ East



First Name ?eon MI LJ DOB p? fps fl? Sex D Race [wĩite **Suspect Information**

Last Name bibiker Osterhaug

D Afraid D Apologetic D Crying D Irrational Other (describe}:

Demeanor

D Agitated ¿ Belligerent D Distraught D Nervous , — — — — — — — — — — — — — — — ,

Document in narrative any other notable observations of physical appearance  D Abrasions D Lacerations/BleedingO⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱⸱, D Bruises D

Injured? D Yes [!] No

Redness D Complaint of Pain D Bite Marks

(If yes, describe in narrative/diagram}

D Angry D Calm D Hysterical D Threatening figh/Intoxicated

Photographs of the Suspects Taken? D Yes D No Status [!] Booked OGOA D Cited

Mental Health Medications? [!] Yes D No D Unknown

Past Hospitalizations?

Suicidal? D Yes D No D ln past D Unknown

Under the Influence of Alcohol/Drugs? [!] Yes (describe) Fppeared to be high D No D Unknown

# Victim Information

Last Name ?emandez  First Name ?hristopher

Address 131 10 Av E  ?pt 315

Cell# êo6-325-6949 Primary Language? êñglish  Demeanor ⸱Work#

⸱ Afraid D Apologetic O Crying D Irrational Email

Who can always reach victim?  Language Line/ Communication method used Phone#  Who called 911? ?emandez Phone#

Other (describe}:

Document.excited utterances using quotations; any notable observations of physical appearance (e.g. torn clothing}  D Agitated D Belligerent D Distraught D Nervous D Angry  D Calm D Hysterical D Threatening

Under the Influence of Alcohol/Drugs? D Yes (describe)  (If yes, describe in narrative, photograph.diagram)

Pregnant? D Yes[!] No O Unknown If yes, how long?  Abrasions D Bruises ⸱ Lacerations/Bleeding D Sexually Assaulted

D No [!] Unknown O?h_h_e_f_d_m_c_e,b_e]_: — — — — — ? D Bite marks D Complaint of pain D

Redness D Swelling D Blow to head D Hair pulled D Restrained

Does suspect know victim is pregnant? D Yes D No D NIA

Injured? [!] Yes D No



Strangulation? D Yes [!] No D Neck Pain D Sore throat D RaspyvoiceNoice changes D Tiny red spots mouth/eyes/ D Aid called? Aid should be D Ears Ringing D NauseaNomiting D Light-headed behind ears/face? (Petechia) called ifstrangulation occurred D Neck Swelling D Difficulty swallowing D Red marks D Loss of bodily function?

regardless of signs or symptoms D Scratches D Fainting/Unconsciousness D Bruising D Loss of ability to breathe? . For how long? CJ Prior incidents of strangulation? D Yes [!] No If yes, how many and describe

T?eatme?t? D N/A D Refused DAt hospital í!]At scene/ Who provided o?-scene treatment? êFD Signed medical release? O Yes[!] No O Refused Threats

Threats to harm? Under surveillance? D Yes D No O Yes [!] No If yes, describe

Unwanted contact? D Yes [!] No

Harassment Threats to kill? O Yes O No Stalking Victim fearful? D Yes D No

D In Person D Text/Phone DE-mail OSocial media (document in narrative)

Photos taken of Victim? D Yes D No Electronic/Physical Evidence recovered? D Yes D No

## Relationship History and Risk Assessment

D Spouse D Former Spouse D Formerly Resided Together D Child in Common D Parent/Child ? D Estranged Spouse O Adults Residing Together í!]Dating/Engaged D Former Dating

History Past incidents where suspect caused Length of relationship Fear or Hx of threats? D No D To harm D To kill D With firearm/weapon harm? D Yes D No 16 Months Violence against oth_ers? [!] Yes D No Physical? Has suspect prevented victim from reporting/

[!] Yes D No If ever separated/tried to Forced sex? D Yes D No separate, when? threatened victim ifs/he reported? D This incident D In the past D No
Verbal? D Yes D No Stalking? D Yes D No Victim's view of future DV assault? D Not likely to recur D Uncertain D Likely to recur
Harm to Children? D Yes D No
Harm to Pets? D Yes D No
Hx of controlling Victim's activities? D Yes D No
Hx ofjealousy, accusations of cheating? D Yes D No

Getting worse? O No O Uncertain Oves in severity D Yes in frequency

# Prior Reported Incidents ?!--?! # Unreported Incidents .-1 ..-! Date of last Incident '.'L--:.. ..-! Police Agencies Involved in Past'------------'

# Domestic Violence
## Supplemental Form Page2

## Children

Child(ren) within sight/sound of incident? D Yes (complete information below) D No D Unknown D N/A Children left in the custody of Child(ren)

assaulted/injured during incident? D Yes (document in narrative) D No D Unknown D NIA

Statement taken from child(ren)? D Yes D No D N/A

Photos taken of child(ren)? D Yes D No CPS referral made? D Yes D No Prior CPS involvement? D Yes D No D Unknown

Child's Name (Last, First, Middle) Sex DOB          Suspect's Relationship to Child   Child's Location During Incident Officer's Observation of Child

,..-----------?--'-----'-?-ID



Unknown

. Does

vehicle, with suspect, with friend or relative)?

D Yes D No D Unknown 6. Has suspect

eet) D No

Description of any firearms or weapons owned/possessed/registered by suspect:

Removed? D Yes D No

Removed? D Yes D No

Removed? D Yes D No

*If valid NCO/Protection Order or suspect has prior DV conviction, firearm possession prohibited per Federal/State law*

## Injuries/Pain Diagram

Officer to mark the location of any injuries, complaint of pain

or unwanted contact and describe in detail

Have victim initial: Victim

_____ have physically pointed out to the officer/s



_____ have Indicated on the diagram where 'was 'was Injured/felt pain

_____ 'was able to 'tell the officer/s who Injured me/ caused me pain

"I declare under penalty of perjury under the laws of the state of Washington that the above statements are true and correct."

Victim Signature Officer Signature Location (City, State) Date

Victim O Provided recorded statement O Provided written statement. See continuation page for written/signed statement.
D Refused to provide written/recorded statement. Document all victim statements In Incident report.

UPDATED 08/2016

**20-1-08096-5 SEA Albiker-Osterhaug_L 0017**

# Seattle Police Department
## SergeantArrest Screening

INSTRUCTIONS: Fill out this form and save it as a PDF. Attach it to an attachment supplemental report you create in MK43 using the REN for this event.

Date                    Officers Involved                    Precinct
                        12/21/2020 East                      Time 0353 hours
Location

3E1-PT P 8741-BREWER WIITANEN, JAYDE A
3C11-PT R 8395-JORDON, TRAVIS D
        8763-EAMES, KAYBREE R
3E32-PT  8450-PATTON, ALEXANDER  A
3G21-PT  8595-GREGORY,  NICHOLAS  P
3E2-PT 7763-ALLEN, DAVID B

Name of Subject(s) Arrested or Detained

Albiker-Osterhaug, Leon A. DOB 06-08-1989

Disposition of Subject                DICVS N/A Body Cam Yes
If other, describe:

                                      Yes


Warrant Arrest?
If not warrant arrest, crime
arrested for:
Assault3


Screening Captured on:


Observed Subject in
Person? If not, explain:
Booked


None



Subject Reported Injuries or Medical Condition? Yes

If so, describe:

SFD Called? N/A
If so, unit responding:

If injuries were observed or reported, did they occur before the arrest detention? N/A

Did the subject or any involved officer report use of force?

No

If so, was the use of force packet completed?
N/A

Was any suspect arrested for assaulting an officer? No

If yes, name of lieutenant screening the assault on the officer arrest:

Additional Information:

**20-1-08096-5 SEA Albiker-Osterhaug_L 0019**



Seattle Police Department

# Case Investigation Report

Case Investigation Report: 2020-349554

Type of Crime Assault DV

Date of Incident 12/21/2020

Date of Last Entry 12/22/2020

Submitted by: Pam McCammon, #5474, B721A, 206-684-0325

Spd5474@seattle.gov


UCR- Arrest

CMS- Referred to KCPA-Adult (W)

LODI- 12/22/2020


SUSPECT: ALBIKER-OSTERHAUG, LEON

W/M 7/08/1989

OLN: ALBIKLA115MH WA

SSN:


CCN: 1981253

FBI: RTNT5PCPH

SID: WA29190081

AFIS: 01035988

LKA: 947 MOUNTAIN LA, EDMONDS 98020
CELL: 425 463-7666
HM: 425 483-9808


VICTIM: HERNANDEZ, CHRISTOPHER
W/M 8/31/1991
OLN: HERNACAO94NU WA
SSN: 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
LKA: 131 10 AV E #315
CELL: 206 890-4203
HM: 425 418-5688


Form 17.1 Rev. 5/18

20-1-08096-5 SEA Albiker-Osterhaug_L 0020

Seattle Police Department
# Case Investigation Report

DRIVER STATUS QUERY. NAM/ALBIKER-OSTERHAU, LEON,
DOB/19890708, SEX/M
NAME: ALBIKER OSTERHAUG, LEON A
DATE OF BIRTH: 07-08-1989
GENDER: M
HEIGHT: 6.00
WEIGHT: 165
EYE: BLU
RESIDENCE ADDRESS:
947 MOUNTAIN LN, EDMONDS WA, 98020-2954
COUNTRY: USA


DRIVER LICENSE NON-COMMERCIAL CLASS: Licensed


DRIVER AUTHORIZATION ID: ALBIKLA115MH
JURISDICTION AUTHORITY CODE: WA
ISSUE DATE: 07-17-2015
EXPIRATION DATE: 01-04-2021
WACICA00ISR8T .QW.WASPD20T8.NAM/ALBIKER-OSTERHAU,
LEON.DOB/19890708.SEX/M.RAC/W  SID/WA29190081 NAM/ALBIKER, LEON A
DOB/07/08/1989
FBI/RTNT5PCPH HGT/600 WGT/165 HAI/BRO EYE/BLU
*** POSSIBLE CRIMINAL HISTORY RECORD ***

Officers:

Kaybree, E. #8763 SPD EAST PCT 206 684-4300 Patton, A. #8450 SPD EAST PCT 206 684-4300 Hadley, #6978 SPD EAST PCT 206 684-4300 Gregory, #8595 SPD EAST PCT 206 684-4300 McCammon, P.#5474 SPD DV UNIT 206 684-0330

Page **2** of **5**

Form 17.117.1 Rev.8



Seattle Police Department
# Case Investigation Report

Case Investigation Report: 2020-349554

Certification for Determination of Probable Cause

That Pam McCammon is a Detective with the Seattle Police Department and has reviewed the  investigation conducted in Seattle Police Department Case number 20-349554 There is probable  cause to believe that Leon Albiker-Osterhaug committed the crime of Assault DV within the City  of Seattle, County of King, State of Washington. This belief is predicated on the following facts and  circumstances.

On 12/21/20 Officers responded to 131 10th AV E #315 to the report of Domestic Violence Assault. Officers located and  talked with Christopher Hernandez, who told them his boyfriend S/  Leon Albiker-Osterhaug had recently returned from jail, V/ Hernandez stated that Leon's behavior  had "been escalating since he returned".

V/ Hernandez reported that S/ Leon had been agitated for some unknown reason and had been  "in and out of the apartment multiple times tonight" due to the close proximity of his work. Hernandez mentioned S/Leon had failed to take his medication lately, although he did not state  what the medication was for.

V/ Hernandez told Officers S/ Leon had entered his room while he was sleeping and stated he  would "kill him" just before striking him in the head with a cutting board. The blow from the  cutting board was so forceful, the board split into three pieces. V/ Hernandez suffered a laceration  to the side of his head and complained of pain in his fingers and one shoulder. SFD evaluated the  injuries and advised he seek medical attention at the hospital.

Officers spoke with S/ Leon who denied the incident took place however, he later did admit to  striking Christopher (Hernandez) in the head with a cutting board.

S/ Leon Albiker-Osterhaug was read his Miranda Rights and later booked into KCJ for Felony DV  Assault.

Under penalty of perjury under the laws of the State of Washington, I certify that the

foregoing is true and correct to the best of my knowledge and belief. Signed and dated by me this 22nd day of December 2020, at Seattle, Washington.

_____

Page **3** of **5**

Form 17.117.1 Rev.8

20-1-08096-5 SEA Albiker-Osterhaug_L 0022



Seattle Police Department
# Case Investigation Report

Case Investigation Report: 2020-349554

Investigation:

12/21/20 0915 In custody case assigned by Sgt. T. Davis. DV Assault with improvised weapon. 12/21/20 1115 Reviewed case.
12/21/20 1115 Request sent for 911CD.
I also requested Triple III history and incident report from M. McCrae (due to teleworking).

12/21/20 1115 Request sent for SFD Run report.
12/21/20 1200 SFD Run report received and included with case.
12/21/20 1200 Triple III criminal history and incident report received and included with case. 12/21/20 1215 I pulled the KC Super form and included with case. There was no booking photo. (Unknown reason)

12/21/20 1215 Request sent for BWV and DVR-ICV.
12/21/20 1230 I ran criminal history MDT and included with case.

12/22/20 0800 I checked to see if the booking photo is available. Still no photo. 12/22/20 1000 Request for photos sent to SPD lab.

12/22/20 1330 Attempted calls to listed numbers for V/ Hernandez. None of the numbers given were good numbers.

12/22/20 1500 Refer to KCPO E-Lodi.

Form 17.117.1 Rev.8

20-1-08096-5 SEA Albiker-Osterhaug_L 0023

 

Seattle Police Department
# Case Investigation Report

Page **5** of **5**
Form 17.117.1 Rev.8

20-1-08096-5 SEA Albiker-Osterhaug_L 0024

**hrs**

**Incident Report**

INCIDENT # **F200124315**
INCIDENT DATE: **12/21/2020 03:00:35**

Incident Overview

**Initial Location:** Same as Final

Agency: **SFD** Jurisdiction: **SFD**

**Final Location:** 131 10th Ave E **City:** Seattle, WA 98102

**Initial Problem Type:** .Triage **Final Problem Type:**    AID - Aid Response 1

**Initial Alarm Level:** 1 **Final Alarm Level:**

**Units Assigned:** L10 **Response Area:** Battalion 2 **Disposition:** 1) Incident Completed **Taken By:** Bolisig Jr., Vicente G.

## Location Information

 **Location Name: Cross Streets:** E DENNY WAY/E JOHN ST
 **Map Reference:** 97B **Call Back Phone:**    (206) 325-6949

## Call-Taking Info

 **Taken By: Time Phone Pickup Time Call Entered Queue Terminal EMD** 03:00:35 03:01:02 SP107 14/6

## Dispatcher Comments

 1. [1] [Notification] Problem changed from .Triage to SPD - Transfer to SPD 03:01:20 2. [2] ADULT

 MALE - ASSAULT - NO WEAPON - ONGOING - MINOR OR UNKNOWN INJURY 03:01:20 3. [3]

 [Appended, 03:05:35] [1] FROULA ALARM 206-362-3805 OP#251 03:02:21 4. [4] Duplicate call appended to incident at 03:05:35 03:05:35

 5. [5] Duplicate call appended to incident at 03:06:03 03:06:03 6. [6] ALSO GETTING AN AREA OF RESCUE ALARM NOTIFICATION FROM ALARM CO 03:06:13

 7. [7] REQUEST FROM LAW ENFORCEMENT 03:06:30 8. [8] [Notification] Problem changed from SPD - Transfer to SPD to AID - Aid Response 03:06:31 9. [9] MEET SPD ONSCENE - ADULT MALE - FACIAL INJURIES 03:07:11 10. [10] UNABLE TO SCREEN FOR COVID SYMPTOMS 03:07:52

## Units Assigned ( * Primary Unit)
 **Unit Assigned Enroute Arrived    Complete Cancel Reason**
 **Transport Trans. Complete    ETA**

 L10* 03:06:48 03:08:28 03:11:32 * 03:21:11 1:57
 **Disp. By:** Bolisig Jr., Vicente G.    Mobile1 Mobile1 Mobile1
 Unit Line-Up Info

 **Unit SFD ID Name Rank**
 L10 1187 Berger, Donald C FF
 L10 1860 Frank, Timothy R LT

**20-1-08096-5 SEA Albiker-Osterhaug_L 0025**

 L10 2059 Grey, Douglas FF
 L10 1677 Lane, Eric Thelious FF

***** END OF REPORT *****

**20-1-08096-5 SEA Albiker-Osterhaug_L 0026**

Seattle Fire Department Patient Care Record

Name: HERNANDEZ, CHRISTOPHER Incident #: F200124315 Date: 12/21/2020 Patient 1 of 1

Pregnancy
Initial Patient Acuity
Final Patient Acuity Lower Acuity (Green)
Patient Activity

Last HERNANDEZ Address First CHRISTOPHER Address 2 Middle City
Gender Male State DOB 08/31/1991 Zip Age 29 Yrs, 3 Months, 21 Days
Country US Weight Tel Pedi Color Physician SSN Ethnicity Race
Advance Directives
Resident Status Not Homeless

Medications Unable to Obtain - Other Reason Allergies Unable to Obtain - Other Reason History Unable to Obtain - Other Reason Last Oral Intake

Primary Impression Injury of Head
Secondary Impression
Protocol Used
Anatomic Position
Onset Time
Chief Complaint
Duration Units
Secondary Complaint
Duration Units
Patient's Level of Distress
Signs & Symptoms Other - head lac
Injury - -
Mechanism of Injury
Medical/Trauma Trauma
Barriers of Care
Alcohol/Drugs

Time AVPU Side POS BP Pulse RR SPO2 ETCO2 CO BG Temp Pain GCS(E+V+M)/Qualifiers RTS PTS 03:14 Alert Stand 131/ P 80 16 15=4+5+6 12

Category Comments Abnormalities

Mental Status Mental Status Not Assessed

Skin Skin Not Assessed

HEENT Head/Face + Laceration

Eyes Not Assessed

Neck/Airway Not Assessed

Chest Chest Not Assessed

Heart Sounds Not Assessed

Lung Sounds Not Assessed

Abdomen General Not Assessed

Left Upper Not Assessed

Right Upper Not Assessed

Left Lower Not Assessed

Right Lower Not Assessed

Back Cervical Not Assessed

Thoracic Not Assessed

Lumbar/Sacral Not Assessed

Pelvis/GU/GI Pelvis/GU/GI Not Assessed

Extremities Left Arm Not Assessed

Right Arm Not Assessed

Left Leg Not Assessed

Right Leg Not Assessed

Pulse Not Assessed

Capillary Refill Not Assessed

Neurological Neurological Not Assessed

Assessment Time: 12/21/2020 03:14:28

Run Number: F200124315 12/21/2020 03:21:56
Version: 00048-00000000063D0BE3

Template Version: PCR-WEB-1.3.1 Data

## 20-1-08096-5 SEA Albiker-Osterhaug_L 0027

Seattle Fire Department Patient Care Record

Name: HERNANDEZ, CHRISTOPHER Incident #: F200124315 Date: 12/21/2020 Patient 1 of 1

woke up to someone assulting him with a cutting board. lac to head approximately 1cm. no loc. does not want to go to hospital. told to clean thoroughly. left in care of self.

Location Type Home/Residence Disposition Patient Evaluated, No

Treatment/Transport Required PSAP Call

Location Transport Due To Dispatch Notified Address 131 10th Ave E Transported To Call Received 03:00:35 Address 2 Requested By Dispatched 03:06:48 Mile Marker Destination En Route 03:08:27 City Seattle Department Staged County King Address Resp on Scene State WA Address 2 On Scene 03:11:31 Zip 98102 City At Patient Country US County Care Transferred Medic Unit L10 State Depart Scene Medic Vehicle L10 Zip At Destination Run Type 911 Response Country US Pt. Transferred Response Mode Emergent Zone Call Closed 03:21:00 Shift D Shift Condition at Destination In District Zone Destination Record # At Landing Area Level of Service Trauma Registry ID

EMD Complaint STEMI Registry ID

EMD Card Number 14/6 Stroke Registry ID

Dispatch Priority

Personnel Role Certification Level

BERGER, DONALD Unknown EMT-Basic - EMT.ES.00102993

GREY, DOUGLAS Unknown EMT-Basic - ES01170853

LANE, ERIC Unknown EMT-Basic - ES00130017

FRANK, TIMOTHY Lead EMT-Basic - ES00127226

Loaded Miles

Scene | Start | | Category Delays

Destination | End

Total Miles

Run Number: F200124315 12/21/2020 03:21:56
Version: 00048-00000000063D0BE3

Template Version: PCR-WEB-1.3.1 Data

**20-1-08096-5 SEA Albiker-Osterhaug_L 0028**



20-1-08096-5 SEA Albiker-Osterhaug_L 0029



**20-1-08096-5 SEA Albiker-Osterhaug_L 0030**

## DISCOVERY COVER SHEET

Defendant: Leon A Albiker-Osterhaug Defense Attorney: Lauren Nicole Conner

Cause: 20-1-08096-5 SEA Agency: Department of Public  Defense, TDA Division

<u>Attached</u>:

Date Generated: February 23, 2021

Bates Stamp Pages: 0031-0060

Number of Discs Included: 0

### <u>NOTICE TO DEFENSE ATTORNEYS</u>

     This material is being furnished to you pursuant to the provisions of CrR4.7 for your exclusive use. CrR4.7(h)(3) provides as follows:

> "<u>Custody of Materials</u>. Any materials furnished to an attorney pursuant to these rules shall remain in the exclusive custody of the attorney and be used only for the purposes of conducting the party's side of the case, unless otherwise agreed by the parties or ordered by the court, and shall be subject to such other terms and conditions as the parties may agree or the court may provide. Further, a defense attorney shall be permitted to provide a copy of the materials to the defendant after making appropriate redactions which are approved by the prosecuting attorney or order of the court."

     Willful violation of this rule, such as by the delivery of copies of this material to other persons, is subject to the sanctions provided by CrR4.7(h)(7).

     These discovery materials are being provided unilaterally and in advance of the time required in CrR4.7(a)(1). Early disclosure is intended to promote early disposition of cases pursuant to the Prosecuting Attorney's filing and disposition standards and policies. The state hereby requests that the defendant comply with

The Prosecutor reserves the right to withhold, in appropriate case, early disclosure either due to the unusual nature of a specific case or due to a particular attorney's past refusal to comply with CrR4.7(h)(3) or defendant's discovery obligation under CrR4.7(b)(1). In such cases, the Prosecutor may exchange discovery materials by the omnibus hearing as provided by CrR4.7.

DISCOVERY NOTICE: By viewing and downloading body-worn video associated with this case, you hereby agree that the body camera recording(s) shall not be copied, disseminated, distributed, shown, or disclosed except at hearing or trial, or as necessary to prepare for a hearing or trial, in this matter. You further agree not to disclose victim and witness information that may be depicted in the recording(s) unless specifically permitted to do so by the court after a hearing and a showing of good cause.

The Seattle Police Department has advised us that there may be technical issues related to their COBAN in car video system. Videos recorded since April 23, 2013, may have dropped frames and may also have audio and video synchronization problems. Forensic expert Grant Fredericks (Forensic Video Solutions; grant@forensicvideosolutions.com; (509) 467-3559) has analyzed the videos and has posted his results on the following website:
https://data.seattle.gov/Public-Safety/Seattle-Po...r-Video-Dropped-Fra/k7a5- emiw.



DANIEL T. SATTERBERG
PROSECUTING ATTORNEY

SUBJECT: State of Washington vs. Albiker-Osterhaug, Leon  # 20-1-08096-5 SEA

January 28, 2021

MEMORANDUM TO DPA FROM ADVOCATE

TO: Patrick Lavin

FROM: Rachel Frazier, Victim Advocate

Hi Patrick,
**Office of the Prosecuting Attorney** CRIMINAL DIVISION
W554 King County Courthouse 516 Third Avenue
Seattle, WA 98104-2385
(206) 477-3742 FAX (206) 205-6104

Wanted to let you know in the course of my conversations with the victim on this case, Christopher Hernandez shared the following with me. I believe he also stated these points during the arraignment hearing on January 12, 2021;

He has petitioned to the jail and other entities to marry the defendant while the defendant has been in custody
- He has been trying to gain guardianship of the defendant to assist in his medical and mental health care
- He does not was the defendant released without some mental health treatment, yet he

Christopher has also sent multiple emails with documents attached showing his attempts at this process of gaining guardianship and marriage to the defendant.

In addition to documents claiming discrimination by the courts and the City of Seattle. I've saved all of documents in addition to forwarding them onto your office.

Thanks,

Rachel

_____ Respondent.

| **Court of Washington** |
| **For** King County |

_____ No.

Christopher Anthony Hernandez
Petitioner,

vs.

Jace Venters

**Petition for an Order for Protection - [ ] Harassment** (PTORAH) **and/or [ ] Stalking** (PTORSTK)

🕐 **This is a Petition for an Order for Protection against Harassment and/or Stalking as checked in the caption**.

I believe:

[ ] I am a victim of stalking.
    Leon Albiker Osterhaug
[ ] _____ (name) is the victim of stalking and he/she is a minor or vulnerable adult.

The respondent has been
    ξ stalking the victim either in person or cyber stalking, **and**
    ξ repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful purpose and his/her actions caused the victim to feel intimidated, frightened, or threatened.

[ ] I am a victim of unlawful harassment.
    Leon Albiker Osterhaug
[ ] _____ (name) is a victim of unlawful harassment and he/she is a minor.

The respondent's actions toward the victim have seriously alarmed, annoyed, or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

Only chatted once on Grindr.
How do the victim and respondent know each other? _____

I have given a detailed explanation below.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 1 of
7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

**1. Who is the petitioner?**          Hernandez

Christopher Anthony
          My name is (please print) _____. I am the petitioner.

[ ] I am 18 or older and I am petitioning on my own behalf.
[ ] I am 16 or 17 and I am petitioning on my own behalf.
[ ] I am the parent or guardian of child/ren under age 18 and I am petitioning on
      their  behalf:

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |

[ ] I am not the parent or guardian, but the child/ren live/s with me and I am petitioning
      on  their behalf and the respondent is not a parent.

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

                                                            Leon Albiker Osterhaug
[ ] I am filing this petition on behalf of petitioner, (name) _____,
      a vulnerable adult as defined in RCW 74.34.020, who is a victim of stalking. I am an
      interested person as defined in RCW 74.34.020(10). My relationship to this petitioner
      is <u>Partner</u>
         _____.

**2. Is the respondent 18 years of age or older?**

          [ ] Yes [ ] No

      (*If no, use the Petition for Order for Protection Harassment/Stalking Respondent Under Age
      18, instead of this petition.*)

**3. Where do the parties live?**

                              King
Petitioner lives in _____ County.

Did the petitioner leave their residence because of stalking conduct and that is the county of
their new residence?

          [ ] Yes [ ] No

Children named above live in County King.

Respondent lives in _____ County.

**4. Where did the Conduct take place?**

King

The conduct took place in County.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 2 of
7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

## Statement describing the victim/s need for protection from the respondent

ξ Write clearly. If you need more space below, attach additional page/s. Do not write on the back.

**5. Describe what the Respondent did or said that you think is harassment or stalking.**

ξ You must describe what the respondent actually said.

ξ You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

**A.** Describe the most recent incident of harassment or stalking.

on going

Date and time (on or around): _____

Capitol Hill Seattle, Washington and online.

Location: _____

What did the respondent <u>do or say </u>that you believe to be harassing or stalking behavior?
Over the last several months, Jace has created several social media accounts. He has threatened my life and safety. Along with Leon's. He has stalked both of us on social

media. Jace has also stated that he talked to several people in and around capitol hill while grouping together. These individuals have stalked and harassed. They have  gone as far as following me around. Jace and others know where we live, work and  visit. There are even several incidents where people bad mouth me and say horrible things out in public. Jace did not know my name. I talked to him on Grindr once and blocked him. Yet he went as far as to finding out every detail about my life. He spread hate speech amongst the community. Threatened to hurt me several times. He also threatened my career. Leon has mental health disability and these profiles and incidents further exasperated it. It is not clear how many people Jace has grouped together in these obsessive attempts. I found his instagram profile randomly. Since I used a third party application to view it, I used my own instagram handle to see and I am blocked.  Leon's mental health is unstable right now. Jace and his friends acted incredibly  malicious. This type of behavior is not only chid like, but unfavorable in the medical  community. As it turns out, Jace Venters is a research technician at Fred Hutch. He works with Dr. Holland. He has work experience as a Surgical Neurophysiologist. For someone to be in the medical field, to be acting out this child like high school behavior and to obsess over individuals is not appropriate. Furthermore, access to Fred Hutch Medical information can be proved potentially damaging to both of our medical health. It's believed that  it is possible that Jace Venters used medical software to track our prescriptions, home  addresses, phone numbers, and whatever else.

.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 3 of 7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

How did the respondent make these statements? [ ] in person [ ] mail/written notes  [ ] e-mail [ ] text [ ] phone [ ] social media (such as Facebook and Twitter)  Medical health information

[ ] other (describe): _____.

**B.** Describe other incidents of harassment or stalking. For <u>each</u> incident, include the date,  time (on or about), location, what was said, how statements were made, and what was done  to a victim.

Since Leon Albiker Osterhaug is currently in custody, I am unaware of how many times Jace and his friends have reached out to him on social media. I will state that he has informed me on in person harassment. People have used words like how'd a "N" and an "S" become Roth. There also have been attempts of people trying to break into our home. Leon was driving over the summer one of the white Nissan cars we had. Someone stole it from him and tried to use a bat on him.

All over my Instagram page, Jace and his friends have made several accounts. The screenshots of those will be included.

I do not know the full extent of what Jace and his friends have said to the community. But I do know it is defamatory in nature. He even threatened my new career.  I had to delete where I made partner at a Brokerage firm because of his obsession.  It is also possible that Jace R Venters also found out where I was receiving healthcare. At the time he began stalking me, I received a call from my Kaiser Permanente providers that was false an anonymous. It prevented me from receiving my ADHD medication along with my PrEP medication. Since I was unable to easily get into another clinic to received this prescription, I ended up contracting HIV. It is possible that Jace stalked where I went to receive my medication and "anonymously" reported false information. Not only did this prevent me from receiving care, but it lead to me contracting HIV.

.

**6.** How did the incidents you describe above make you, the minor, or the vulnerable adult feel? I asked Jace to stop several times. Yet his continued obsession went on for months. I lost faith in the LGBTQ + community because of him. I thought the community was littered <u>with nothing but hate. Leon walked me wherever I went. Leon experienced high levels of</u>

psychosis, frustration, instability, hyper paranoia and discrimination. .

**7.** Has the respondent used, displayed, or threatened to use a firearm or other dangerous
weapon in a felony? Please describe:

He has threatened physical harm. There would also be individuals with BB guns.

.

**8.** Is the respondent ineligible to possess a firearm under the provisions of RCW 9.41.040?
Please describe:

Not certain.

.

**9**. Does possession of a firearm or other dangerous weapon by the respondent present a
serious and imminent threat to public health or safety, or to the health or safety of a victim?
Please describe:

Absolutely.

.

**10.** Do you have any evidence of the harassment or stalking conduct other than
testimony? [ ] No
[ ] Yes. I have attached the following evidence:
[ ] Copy of mail or written notes
[ ] Copy of text messages
[ ] Copy of email messages
[ ] Copy of social media messages
[ ] Police report
[ ] Declaration or Affidavit from the following witness: _____
Leon Albiker Osterhaug is currently in custody.
[ ] Other (describe): _____

**11.** Has/have the **victim/s or the respondent** ever requested or obtained protection from the
other person in a restraining order, civil protection order, or criminal no-contact order?  If
yes, list the type of order, the name of the court, the approximate date of the order, and
whether the request was granted:

No

**12.** Is there any other litigation between the victim/s and the respondent? This includes all
matters - pending or past - such as parenting plans, landlord-tenant disputes, employment

disputes, or property disputes. If yes, provide case number/s if known, type of case, and name of court.

There should be case opened on voter intimidation and disability discrimination.

.

## 🕐 Requests

**13. I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

---

[ ] **No Contact:** Restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except  for mailing of court documents.

---

[ ] **Surveillance:** Prohibit or restrain the respondent from making any attempt to keep or  from keeping the person/s to be protected under surveillance, including electronic  surveillance.

---

[ ] **Exclude from places:** Exclude the respondent from the [ ] residence [ ] workplace [ ] school [ ] day care of the person/s to be protected.

[ ] **Stay Away:** Prohibit or restrain the respondent from entering or being within, or from  5280 FT knowingly coming within, or knowingly remaining within _____ (distance) of the  [ ] residence [ ] workplace [ ] school [ ] day care of the person/s to be protected. [ ] other locations:

_____ .

[ ] **Other:**

 Have the court reveal other people involved in this abusive behavior.

[ ] **Evaluation:** Order the respondent to have a [ ] mental health [ ] chemical dependency evaluation.

As well those involved with Jace Venters.

[ ] other: _____ .

[ ] **Pay Fees and Costs:** Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs  including attorneys' fees.

[ ] **Surrender Firearms:** Require the respondent to immediately surrender all firearms, other dangerous weapons, and any concealed pistol licenses, and prohibit the  respondent from accessing, obtaining or possessing firearms, or other dangerous  weapons, or concealed pistol licenses.

[ ] **Duration:** Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be  protected if the order expires in a year.

---

**Emergency temporary protection (up to 14 days) until the court hearing.**

[ ] An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places,  or stay away order be issued immediately, without prior notice to the respondent, be  effective until the hearing.

[ ] I also request a temporary surrender and prohibition of all firearms, other dangerous weapons, and concealed pistol licenses without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice  to the respondent?

 Continued obsession, cyberstalking, harassment and in person stalking.

_____

—

_____

—

_____

_

_____

—

_____

—

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

        <u>January 18th, 2020</u> Seattle
Dated: at Washington.

Petitioner

 Christopher Anthony Hernandez
Print or type name

I agree to receive legal documents at this address:

 131 10th AVE E Unit 315 Seattle, WA 98102
_____. [ ]
This address is not my home address because my family, household, or I would be at risk of abuse by respondent if I disclosed my home address.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 7 of 7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

_____Respondent.

| **Court of Washington** |
| **For**King County |

_____No.

Christopher Anthony Hernandez
Petitioner,

vs.

Jace Venters

**Petition for an Order for Protection - [ ] Harassment** (PTORAH) **and/or [ ] Stalking** (PTORSTK)

🕐 **This is a Petition for an Order for Protection against Harassment  and/or Stalking as checked in the caption**.

I believe:

[ ] I am a victim of stalking.
   Leon Albiker Osterhaug
[ ] _____ (name) is the victim of stalking and he/she is a minor or vulnerable adult.

The respondent has been
   ξ stalking the victim either in person or cyber stalking, **and**
   ξ repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful purpose and his/her actions caused the victim to feel intimidated, frightened, or threatened.

[ ] I am a victim of unlawful harassment.
   Leon Albiker Osterhaug
[ ] _____ (name) is a victim of unlawful harassment and he/she is a minor.

The respondent's actions toward the victim have seriously alarmed, annoyed, or harassed the victim, or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions have caused substantial emotional distress to the victim or caused me to fear for the well-being of my child.

Only chatted once on Grindr.
How do the victim and respondent know each other? _____

I have given a detailed explanation below.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 1 of 7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

**1. Who is the petitioner?**     Hernandez

Christopher Anthony

My name is (please print) _____. I am the petitioner.

[ ] I am 18 or older and I am petitioning on my own behalf.

[ ] I am 16 or 17 and I am petitioning on my own behalf.

[ ] I am the parent or guardian of child/ren under age 18 and I am petitioning on their  behalf:

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |

[ ] I am not the parent or guardian, but the child/ren live/s with me and I am petitioning on  their behalf and the respondent is not a parent.

| Children's Name/s (First, Middle Initial, Last) | Age |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Leon Albiker Osterhaug

[ ] I am filing this petition on behalf of petitioner, (name) _____, a vulnerable adult as defined in RCW 74.34.020, who is a victim of stalking. I am an interested person as defined in RCW 74.34.020(10). My relationship to this petitioner is _____.
    Partner

**2. Is the respondent 18 years of age or older?**

[ ] Yes [ ] No

(*If no, use the Petition for Order for Protection Harassment/Stalking Respondent Under Age 18, instead of this petition.*)

**3. Where do the parties live?**

King

Petitioner lives in _____ County.

Did the petitioner leave their residence because of stalking conduct and that is the county of their new residence?

[ ] Yes [ ] No

Children named above live in County/ King

Respondent lives in _____ County.

**4. Where did the Conduct take place?**

<u>King</u>

The conduct took place in County.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 2 of
7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

## Statement describing the victim/s need for protection from the respondent

ξ Write clearly. If you need more space below, attach additional page/s. Do not write on
the back.

**5. Describe what the Respondent did or said that you think is harassment or stalking.**

ξ You must describe what the respondent actually said.

ξ You must describe what the respondent actually did.

**The respondent has committed acts of harassment or stalking as follows:**

**A.** Describe the most recent incident of harassment or stalking.

on going

Date and time (on or around): _____

Capitol Hill Seattle, Washington and online.

Location: _____

What did the respondent <u>do or say </u>that you believe to be harassing or stalking behavior?
Over the last several months, Jace has created several social media accounts. He
has threatened my life and safety. Along with Leon's. He has stalked both of us on
social

media. Jace has also stated that he talked to several people in and around capitol hill
while grouping together. These individuals have stalked and harassed. They have  gone as
far as following me around. Jace and others know where we live, work and  visit. There are
even several incidents where people bad mouth me and say horrible things out in public.
Jace did not know my name. I talked to him on Grindr once and blocked him. Yet he went
as far as to finding out every detail about my life. He spread hate speech amongst the
community. Threatened to hurt me several times. He also threatened my career. Leon has
mental health disability and these profiles and incidents further exasperated it. It is not clear
how many people Jace has grouped together in these obsessive attempts. I found his
instagram profile randomly. Since I used a third party application to view it, I used my own
instagram handle to see and I am blocked.  Leon's mental health is unstable right now.
Jace and his friends acted incredibly  malicious. This type of behavior is not only chid like,
but unfavorable in the medical  community. As it turns out, Jace Venters is a research
technician at Fred Hutch. He works with Dr. Holland. He has work experience as a Surgical
Neurophysiologist. For someone to be in the medical field, to be acting out this child like
high school behavior and to obsess over individuals is not appropriate. Furthermore,
access to Fred Hutch Medical information can be proved potentially damaging to both of
our medical health. It's believed that  it is possible that Jace Venters used medical software
to track our prescriptions, home  addresses, phone numbers, and whatever else.

.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 3 of 7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030

How did the respondent make these statements? [ ] in person [ ] mail/written notes  [ ] e-mail [ ] text [ ] phone [ ] social media (such as Facebook and Twitter)  Medical health information

[ ] other (describe): _____.

**B.** Describe other incidents of harassment or stalking. For <u>each</u> incident, include the date,  time (on or about), location, what was said, how statements were made, and what was done  to a victim.

Since Leon Albiker Osterhaug is currently in custody, I am unaware of how many times Jace and his friends have reached out to him on social media. I will state that he has informed me on in person harassment. People have used words like how'd a "N" and an "S" become Roth. There also have been attempts of people trying to break into our home. Leon was driving over the summer one of the white Nissan cars we had. Someone stole it from him and tried to use a bat on him.

All over my Instagram page, Jace and his friends have made several accounts. The screenshots of those will be included.

I do not know the full extent of what Jace and his friends have said to the community. But I do know it is defamatory in nature. He even threatened my new career.  I had to delete where I made partner at a Brokerage firm because of his obsession.  It is also possible that Jace R Venters also found out where I was receiving healthcare. At the time he began stalking me, I received a call from my Kaiser Permanente providers that was false an anonymous. It prevented me from receiving my ADHD medication along with my PrEP medication. Since I was unable to easily get into another clinic to received this prescription, I ended up contracting HIV. It is possible that Jace stalked where I went to receive my medication and "anonymously" reported false information. Not only did this prevent me from receiving care, but it lead to me contracting HIV.

.

**6.** How did the incidents you describe above make you, the minor, or the vulnerable adult feel? I asked Jace to stop several times. Yet his continued obsession went on for months. I lost faith in the LGBTQ + community because of him. I thought the community was littered <u>with nothing but hate. Leon walked me wherever I went. Leon experienced high levels of</u>

psychosis, frustration, instability, hyper paranoia and discrimination. .

**7.** Has the respondent used, displayed, or threatened to use a firearm or other dangerous weapon in a felony? Please describe:

He has threatened physical harm. There would also be individuals with BB guns.

.

**8.** Is the respondent ineligible to possess a firearm under the provisions of RCW 9.41.040? Please describe:

Not certain.

.

**9**. Does possession of a firearm or other dangerous weapon by the respondent present a serious and imminent threat to public health or safety, or to the health or safety of a victim? Please describe:

Absolutely.

.

**10.** Do you have any evidence of the harassment or stalking conduct other than testimony? [ ] No
[ ] Yes. I have attached the following evidence:
    [ ] Copy of mail or written notes
    [ ] Copy of text messages
    [ ] Copy of email messages
    [ ] Copy of social media messages
    [ ] Police report
    [ ] Declaration or Affidavit from the following witness: _____
                        Leon Albiker Osterhaug is currently in custody.
    [ ] Other (describe): _____

**11.** Has/have the **victim/s or the respondent** ever requested or obtained protection from the other person in a restraining order, civil protection order, or criminal no-contact order?  If yes, list the type of order, the name of the court, the approximate date of the order, and whether the request was granted:

No

**12.** Is there any other litigation between the victim/s and the respondent? This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment

disputes, or property disputes. If yes, provide case number/s if known, type of case, and
name of court.

There should be case opened on voter intimidation and disability discrimination.

.

## ⏲ Requests

**13. I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

| |
|---|
| [ ] **No Contact:** Restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties, regardless of whether those third parties know of the order, except  for mailing of court documents. |
| [ ] **Surveillance:** Prohibit or restrain the respondent from making any attempt to keep or  from keeping the person/s to be protected under surveillance, including electronic  surveillance. |
| [ ] **Exclude from places:** Exclude the respondent from the [ ] residence [ ] workplace [ ] school [ ] day care of the person/s to be protected. <br><br> [ ] **Stay Away:** Prohibit or restrain the respondent from entering or being within, or from  5280 FT knowingly coming within, or knowingly remaining within _____ (distance) of the  [ ] residence [ ] workplace [ ] school [ ] day care of the person/s to be protected. [ ] other locations: <br> _____ . <br><br> [ ] **Other:** <br>  Have the court reveal other people involved in this abusive behavior. <br><br><br> [ ] **Evaluation:** Order the respondent to have a [ ] mental health [ ] chemical dependency evaluation. <br>              As well those involved with Jace Venters. <br> [ ] other: _____ . <br><br> [ ] **Pay Fees and Costs:** Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs  including attorneys' fees. <br><br> [ ] **Surrender Firearms:** Require the respondent to immediately surrender all firearms, other dangerous weapons, and any concealed pistol licenses, and prohibit the  respondent from accessing, obtaining or possessing firearms, or other dangerous  weapons, or concealed pistol licenses. <br><br> [ ] **Duration:** Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be  protected if the order expires in a year. |

**Emergency temporary protection (up to 14 days) until the court hearing.**

[ ] An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places,  or stay away order be issued immediately, without prior notice to the respondent, be  effective until the hearing.

[ ] I also request a temporary surrender and prohibition of all firearms, other dangerous weapons, and concealed pistol licenses without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice  to the respondent?

Continued obsession, cyberstalking, harassment and in person stalking.

_____

__

_____

__

_____

_

_____

__

_____

__

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

<u>January 18th, 2020</u> Seattle
Dated: at Washington.

Petitioner

Christopher Anthony Hernandez
Print or type name

I agree to receive legal documents at this address:

131 10th AVE E Unit 315 Seattle, WA 98102
_____. [ ]
This address is not my home address because my family, household, or I would be at risk of abuse by respondent if I disclosed my home address.

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK)** – Page 7 of 7 WPF UHST-02.0200 Mandatory (06/2020) – RCW 10.14.040, .800, RCW 7.92.030































# DISCOVERY COVER SHEET

Defendant: Leon A Albiker-Osterhaug Defense Attorney: Lauren Nicole Conner

Cause: 20-1-08096-5 SEA Agency: Department of Public  Defense, TDA Division

<u>Attached</u>: CAD log, 911 audio

Date Generated: February 24, 2021

Bates Stamp Pages: 0061-0067

Number of Discs Included: 1

## <u>NOTICE TO DEFENSE ATTORNEYS</u>

This material is being furnished to you pursuant to the provisions of CrR4.7 for your exclusive use. CrR4.7(h)(3) provides as follows:

"<u>Custody of Materials</u>. Any materials furnished to an attorney pursuant to these rules shall remain in the exclusive custody of the attorney and be used only for the purposes of conducting the party's side of the case, unless otherwise agreed by the parties or ordered by the court, and shall be subject to such other terms and conditions as the parties may agree or the court may provide. Further, a defense attorney shall be permitted to provide a copy of the materials to the defendant after making appropriate redactions which are approved by the prosecuting attorney or order of the court."

Willful violation of this rule, such as by the delivery of copies of this material to other persons, is subject to the sanctions provided by CrR4.7(h)(7).

These discovery materials are being provided unilaterally and in advance of the time required in CrR4.7(a)(1). Early disclosure is intended to promote early disposition of cases pursuant to the Prosecuting Attorney's filing and disposition standards and policies. The state hereby requests that the defendant comply with defendant's discovery obligations in advance of the time required by CrR4.7(b)(1).

The Prosecutor reserves the right to withhold, in an appropriate case, early disclosure either due to the unusual nature of a specific case or due to a particular attorney's past refusal to comply with CrR4.7(h)(3) or defendant's discovery obligation under CrR4.7(b)(1). In such cases, the Prosecutor may exchange discovery materials by the omnibus hearing as provided by CrR4.7.

DISCOVERY NOTICE: By viewing and downloading body-worn video associated with this case, you hereby agree that the body camera recording(s) shall not be copied, disseminated, distributed, shown, or disclosed except at hearing or trial, or as necessary to prepare for a hearing or trial, in this matter. You further agree not to disclose victim and witness information that may be depicted in the recording(s) unless specifically permitted to do so by the court after a hearing and a showing of good cause.

The Seattle Police Department has advised us that there may be technical issues related to their COBAN in car video system. Videos recorded since April 23, 2013, may have dropped frames and may also have audio and video synchronization problems. Forensic expert Grant Fredericks (Forensic Video Solutions; grant@forensicvideosolutions.com; (509) 467-3559) has analyzed the videos and has posted his results on the following website: https://data.seattle.gov/Public-Safety/Seattle-Police-Department-In-Car-Video-Dropped-Fra/k7a5- emiw.